# **EXHIBIT 2A**

**Deed**

**THIS INDENTURE,** made the 11th day of November, in the year Two Thousand Nineteen (2019)

**BETWEEN    Imad Dawara**

(hereinafter called the Grantor) of the one part,  and

**Imad Dawara, Maisaa Dawara**

(hereinafter called the Grantee) of the other part,

**WITNESSETH:**  That the said Grantor, for and in consideration of the sum of **One Dollar ($1.00)** lawful money of the United States of America, unto, him well and truly paid by the said Grantee, at or before the sealing and delivery hereof, the receipt whereof is hereby acknowledged, has granted, bargained and sold, released, and confirmed, and by these presents does grant, bargain and sell, release, and confirm unto the said Grantee, their heirs and assigns, in fee simple.

**ALL THAT CERTAIN** described property situate in the Township of Tinicum, County of Delaware and Commonwealth of Pennsylvania, to wit:

**SITUATE** at a point on the Southeasterly side of Seminole Street or Avenue 37 feet 6 inches Northeastwardly from the Northeasterly side Third Street.

**BEING** known as Premises No. 305 Seminole Street, Lester, PA 19029.

**BEING** the same premises which Eugene Perkins by Deed dated 08/28/2015 and recorded 09/14/2015 in Delaware County in Deed Book 5702 Page 1065 conveyed unto Imad Dawara, in fee.

**BEING TMP: 45-00-01849-00**

**UNDER AND SUBJECT,** to Restrictions of Record.

**TOGETHER** with all and singular the buildings, improvements, ways, streets, alleys, driveways, passages, waters, water-courses, rights, liberties, privileges, hereditaments and appurtenances, whatsoever unto the hereby granted premises belonging, or in any way appertaining, and the reversions and remainders, rents, issues, and profits thereof; and all the estate, right, title, interest, property, claim and demand whatsoever of them, the said Grantor, as well at law as in equity, of, in and to the same.

RD BK06446-0482                    DT-DEED

2019075378    12/31/2019 09:56:09 AM:8

RCD FEE: $116.25



45-TINICUM $0.00                    **RECORDER OF DEEDS**

DELAWARE COUNTY

**TO HAVE AND TO HOLD** the said lot or piece of ground described with the buildings and improvements thereon erected, hereditaments and premises hereby granted, or mentioned and intended so to be, with the appurtenances, unto the said Grantee, hir heirs and assigns, to and for the only proper use and behoof of the said Grantee, her heirs and assigns forever.

**UNDER AND SUBJECT** as aforesaid.

**AND** the said Grantor, for his self, heirs, executors and administrators do covenant, promise and agree, to and with the said Grantee, her heirs and assigns, by these presents, that they, the said Grantor and his heirs, all and singular the hereditaments and premises hereby granted or mentioned and intended so to be, with the appurtenances, unto the said Grantee, her heirs and assigns, against them, the said Grantor and his heirs, and against all and every person and persons whomsoever lawfully claiming or to claim the same or any part thereof, by from or under him, her, them, or any of them, shall and will **SUBJECT** as aforesaid, **WARRANT and forever DEFEND.**

**Imad Dawara and Maisaa Dawara are siblings.**

Transfer tax exempt

**IN WITNESS WHEREOF,** the party of the first part have hereunto set their hands and seals. Dated the day and year first above written.

**SEALED AND DELIVERED**
IN THE PRESENCE OF US:

_____
Witness

Amey Kostik
_____
Witness

_____  {SEAL}
[GRANTOR]

**[STATE/COMMONWEALTH] OF [NAME OF STATE]**
**COUNTY OF [NAME OF COUNTY]**

On this, the 11th day of December, 2019, before me, a Notary Public for the Commonwealth of Pennsylvania, the undersigned Officer, appeared Imad Dawara, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that he executed the same for the purposes therein contained.

I hereunder set my hand and official seal.

_____
Notary Public
{SEAL}

NOTARIAL SEAL
KIRU N. MEHTA, Notary Public
Philadelphia, Philadelphia Co., PA
My Commission Expires July 21, 20__
My Commission Expires July 21, 20__

MY COMMISSION EXPIRES:

## D e e d

===========================

**Imad Dawara**

-TO-

**Imad Dawara, Maisaa Dawara**

===========================

Premises:

305 Seminole Street, Lester, PA 19029

===========================

The address of the above-named Grantees is

305 Seminole Street

Lester, PA 19029

On behalf of the Grantees

Imad Dawara and Maisaa Dawara

Record and Return to:

Imad Dawara and Maissa Dawara

305 Seminole Street

Lester, PA 19029

