# EXHIBIT 2B

# DO NOT DETACH



8219445-0008Y

**Instrument Number: 2021027907**
**Volume/Page: RECORD BK 6674 PG 2520**
**Recorded Date: 04/13/2021 2:04:22 PM**

**Robert A. Auclair, Esq.**
Delaware County Recorder of Deeds
Government Center, Room 107
201 W. Front Street
Media, PA 19063
610-891-4152

| | |
|---|---|
| **Transaction Number:** 845623<br>**Collected By:** dawson-loven<br>**Document Type:** DEED<br>**Document Page Count:** : 3 | **Return To (Mail):**<br>WARREN S WOLF ESQUIRE<br>1949 BERLIN ROAD<br>SUITE 201<br>CHERRY HILL, NJ 08003 |
| **Parcel ID:** 45-00-01849-00 | |

| Fees: | | Instrument Number: 2021027907 |
|---|---|---|
| RECORDING FEES: | $37.50 | **Volume/Page:** RECORD BK 6674 PG 2520 |
| AFFORDABLE HOUSING FEE: | $18.00 | **Recorded Date:** 04/13/2021 2:04:22 PM |
| COUNTY IMPROVEMENT FUND: | $5.00 | |
| ACT 152 FEE: | $15.00 | |
| JCS/ATJ FEE: | $40.25 | |
| WRIT TAX: | $0.50 | |
| **Total Fees:** | $116.25 | |
| **Amount Paid:** | $116.25 | |
| **Amount Due:** | $0.00 | |

**OFFICIAL RECORDING COVER PAGE**
# DO NOT DETACH
THIS PAGE IS NOW PART OF THIS RECORDED DOCUMENT
NOTE: If the document data differs from this cover sheet, please first check the document on our website to ensure it has been corrected. The document data always supersedes the cover page.
If an error on the cover page appears on our website after review please let our office know.
COVER PAGE DOES NOT INCLUDE ALL DATA, PLEASE SEE INDEX AND DOCUMENT FOR ANY ADDITIONAL INFORMATION.

```
Prepared by and Return to:

Warren S. Wolf, Esquire
Goldberg & Wolf, LLC
1949 Berlin Road, Suite 201
Cherry Hill, NJ 08003
```

# QUIT CLAIM DEED

**THIS DEED**, made the 25th day of March, 2021

**Between**

### IMAD DAWARA by his attorney in fact HAITHAM ALBAROUKI

(hereinafter called the Grantor), of the one part, and

### MAISAA DAWARA

(hereinafter called the Grantee), of the other part,

**Witnesseth** that the said Grantor for an in consideration of the sum of ONE DOLLAR 00/100 ($1.00) lawful money of the United States of America, unto him well and truly paid by the said Grantee, at or before the sealing and delivery hereof, the receipt whereof is hereby acknowledged, has remised, released and quit-claimed, and by these presents does remain, release and quit-claim unto the said Grantee, its successors and assigns,

**All that Certain** lot, piece, or parcel of ground situate in the Township of Tinicum, County of Delaware and Commonwealth of Pennsylvania, bounded and described as follows:

305 Seminole Street, Lester, Delaware County, PA
Parcel/Control: 45-00-01849-00
EXHIBIT A

**SITUATE** at a point on the Southeasterly side of Seminole Street or Avenue 37 feet 6 inches Northeastwardly from the Northeasterly side of Third Street.

**BEING** known as premises No. 305 Seminole Street, Lester, PA 19029.

**BEING** the same premises which Eugene Perkins by Deed dated 08/28/2015 and recorded 09/14/2015 in Delaware County in Deed Book 5702 Page 1065 conveyed unto Imad Dawara, in fee.

**BEING** the same premises which Imad Dawara by Deed dated 11/11/2019 and recorded 12/31/2019 in Delaware County in Deed Book 06446 Page 0482 conveyed unto Imad Dawara and Maisaa Dawara.

THIS DEED IS TO DIVEST ANY OUTSTANDING OWNERSHIP INTEREST OF THE GRANTOR.

Under and subject to all conditions, covenants and restrictions of record.

Together with all and singular the tenements, hereditaments and appurtenances, thereunto belonging, or in any wise appertaining, and the reversions, remainders, rents, issues and profits thereof; and also, all the estate, right, title, interest, property, claim and demand whatsoever as well in law as in equity, of the said party of the first part, of, in, or appurtenances.

To have and to hold the said lot or piece of ground described premises together with the appurtenances, into the said Grantee, his heirs and assigns, forever.

**Imad Dawara and Maisaa Dawara are siblings.**

Witness:

Sealed and Delivered in the Presence of Us:

IMAD DAWARA by his attorney in fact
HAITHAM ALBAROUKI

Commonwealth of Pennsylvania
County of _Delaware_

On this, the _25_ day of _March_, 2021, before me, the undersigned Notary Public personally appeared HAITHAM ALBAROUKI, attorney in fact for IMAD DAWARA, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that he executed the same for the purpose therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

NOTARY PUBLIC
Commission expires _7/27/22_

The precise residence and the complete post office address of the above-named Grantee is:
305 Seminole Street,
Lester, PA 19029

Maisaa
On behalf of the Grantee

Commonwealth of Pennsylvania-Notary Seal
JAMES F CHARLIER-Notary Public
Delaware County
My Commission Expires Jul 27, 2022
Commission Number 1025665

pennsylvania
DEPARTMENT OF REVENUE
(EX) MOD 06-19 (FI)

BUREAU OF INDIVIDUAL TAXES
PO BOX 280603
HARRISBURG, PA 17128-0603

# REV-183

## REALTY TRANSFER TAX
## STATEMENT OF VALUE

COMPLETE EACH SECTION

1830019105

| RECORDER'S USE ONLY | |
|---|---|
| State Tax Paid: O | |
| Book: 6674 | Page: 2520 |
| Instrument Number: 2021027907 | |
| Date Recorded: 4-13-21 | |

### SECTION I — TRANSFER DATA

START ➡

Date of Acceptance of Document MM/DD/YYYY 3-25-21

| Grantor(s)/Lessor(s)<br>IMAD DAWARA | Telephone Number | Grantee(s)/Lessee(s)<br>MAISAA DAWARA | Telephone Number |
|---|---|---|---|
| Mailing Address<br>19 Ridgeway Ave | | Mailing Address<br>305 Seminole Street | |

| City<br>Norwood | State<br>PA | ZIP Code<br>19074 | City<br>Lester | State<br>PA | ZIP Code<br>19029 |
|---|---|---|---|---|---|

### SECTION II — REAL ESTATE LOCATION

| Street Address<br>305 Seminole Street | City, Township, Borough<br>Tinicum |
|---|---|

| County<br>Delaware | School District<br>S05- Interboro | Tax Parcel Number<br>45-00-01849-00 |
|---|---|---|

### SECTION III — VALUATION DATA

Was transaction part of an assignment or relocation? ⬭ YES ⬤ NO

| 1. Actual Cash Consideration<br>1.00 | 2. Other Consideration<br>+ | 3. Total Consideration<br>= 1.00 |
|---|---|---|
| 4. County Assessed Value<br>144,190.00 | 5. Common Level Ratio Factor<br>x 1.0 | 6. Computed Value<br>= 144,190.00 |

### SECTION IV — EXEMPTION DATA - Refer to instructions for exemption status.

| 1a. Amount of Exemption Claimed<br>$ 144,190.00 | 1b. Percentage of Grantor's Interest in Real Estate<br>50 % | 1c. Percentage of Grantor's Interest Conveyed<br>50% % |
|---|---|---|

**2. Fill in the Appropriate Oval Below for Exemption Claimed.**

⬭ Will or intestate succession. _____
         (Name of Decedent)         (Estate File Number)

⬭ Transfer to a trust. (Attach complete copy of trust agreement and all amendments.)

⬭ Transfer from a trust. (Attach complete copy of trust agreement and all amendments.)

⬭ Transfer between principal and agent/straw party. (Attach complete copy of agency/straw party agreement.)

⬭ Transfers to the commonwealth, the U.S. and instrumentalities by gift, dedication, condemnation or in lieu of condemnation. (If condemnation or in lieu of condemnation, attach copy of resolution.)

⬭ Transfer from mortgagor to a holder of a mortgage in default. (Attach copy of mortgage and note/assignment.)

⬭ Corrective or confirmatory deed. (Attach complete copy of the deed to be corrected or confirmed.)

⬭ Statutory corporate consolidation, merger or division. (Attach copy of articles.)

⬤ Other (Provide a detailed explanation of exemption claimed. If more space is needed attach additional sheets.)

transfer between children of the same parent- siblings. 61 Pa. Code sec 91.193(b)(6)(i)(C)

### SECTION V — CORRESPONDENT INFORMATION - All inquiries may be directed to the following person:

| Name<br>HAITHAM ALBAROUKI attorney in fact for IMAD DAWARA | Telephone Number<br>(215) 941-2924 |
|---|---|

| Mailing Address<br>132 S. Scott Ave. | City<br>Glenolden | State<br>PA | ZIP Code<br>19036 |
|---|---|---|---|

Under penalties of law, I declare that I have examined this statement, including accompanying information, and to the best of my knowledge and belief, it is true, correct and complete.

| Signature of Correspondent or Responsible Party | PLEASE SIGN AFTER PRINTING | Date MM/DD/YYYY<br>03/25/21 |
|---|---|---|

**FAILURE TO COMPLETE THIS FORM PROPERLY OR ATTACH REQUESTED DOCUMENTATION MAY RESULT IN THE RECORDER'S REFUSAL TO RECORD THE DEED.**


1830019105


1830019105

| Reset Entire Form | TOP OF PAGE | **PAGE 1** | NEXT PAGE | PRINT |
|---|---|---|---|---|