# **<u>EXHIBIT 3A</u>**

## Deed

**THIS INDENTURE**, made the 11th day of November, in the year Two Thousand Nineteen (2019)

**BETWEEN   Imad Dawara**

(hereinafter called the Grantor) of the one part,  and

**Imad Dawara, Mirvat Dawara**

(hereinafter called the Grantee) of the other part,

**WITNESSETH:**  That the said Grantor, for and in consideration of the sum of **One Dollar ($1.00)** lawful money of the United States of America, unto, him well and truly paid by the said Grantee, at or before the sealing and delivery hereof, the receipt whereof is hereby acknowledged, has granted, bargained and sold, released, and confirmed, and by these presents does grant, bargain and sell, release, and confirm unto the said Grantee, his heirs and assigns, in fee simple.

**Premises A**

**ALL THAT CERTAIN** lot or piece of ground with the two and one-half story frame messuage or tenement thereon erected, situate on the Southeast side of Seminole Street at the distrance of 78 feet 6 inches Northeasterly from the Northeast side of Fourth Avenue in Lester (formerly called Carbindale) in the Township of Tinicum, in the County of Delaware and State of Pennsylvania.

**CONTAINING** in front or breadth on the said Seminole Street 21 feet 6 inches and extending of that width in length or depth Southeasterly, the Westerly line of said lot passing through the middle of the party wall, 125 feet running between lines parallel with the said Fourth Avenue; and being more "Corbindale" recorded at Media in Deed Book U, No.6, Page 620.

**PREMISES B**

**ALSO ALL THOSE TWO CERTAIN** lots or pieces of ground, situate on the Southeast side of Seminole Street at the respective distance of 125 feet and 100 feet Northeasterly from the Northeast side of Fourth Avenue, in Lester (formerly called Corbindale), in the Township of Tinicum, in the County of Delaware and State of Pennsylvania:

**CONTAINING** as respects each lot in front of breadth on the said Seminole Street 25 feet and extending in length or depth Southeasterly of that width between parallel lines with the said Fourth Avenue 125 feet and being Lots No. 43 and 44 in Section 6 on the plain of Corbindale recorded at Media in Deed Book U, No. 6, Page 620

RD BK06446-0478          OT-DEED

2019075377    12/31/2019 09:56:09 AM:7

RCD FEE: $116.25



45-TINICUM $0.00          **RECORDER OF DEEDS**

DELAWARE
COUNTY

**TMP: 45-00-01841-01**

**BEING** the same premises which Christina M. Celona and John F. Neri, wife and husband, dated 8/28/15 and recorded 9/14/15 in Delaware County in Volume No. 5702, Page 1069, coveyed unto Imad Dawara, in fee.

**UNDER AND SUBJECT,** to Restrictions of Record.

**TOGETHER** with all and singular the buildings, improvements, ways, streets, alleys, driveways, passages, waters, water-courses, rights, liberties, privileges, hereditaments and appurtenances, whatsoever unto the hereby granted premises belonging, or in any way appertaining, and the reversions and remainders, rents, issues, and profits thereof; and all the estate, right, title, interest, property, claim and demand whatsoever of them, the said Grantor, as well at law as in equity, of, in and to the same.

**TO HAVE AND TO HOLD** the said lot or piece of ground described with the buildings and improvements thereon erected, hereditaments and premises hereby granted, or mentioned and intended so to be, with the appurtenances, unto the said Grantee, his heirs and assigns, to and for the only proper use and behoof of the said Grantee, his heirs and assigns forever.

**UNDER AND SUBJECT** as aforesaid.

**AND** the said Grantor, for his self, heirs, executors and administrators do covenant, promise and agree, to and with the said Grantee, his heirs and assigns, by these presents, that they, the said Grantor and his heirs, all and singular the hereditaments and premises hereby granted or mentioned and intended so to be, with the appurtenances, unto the said Grantee, his heirs and assigns, against them, the said Grantor and his heirs, and against all and every person and persons whomsoever lawfully claiming or to claim the same or any part thereof, by from or under him, her, them, or any of them, shall and will **SUBJECT** as aforesaid, **WARRANT and forever DEFEND.**

**Iamd Dawara and Mirvat Dawara are siblings.**

Transfer tax exempt

**IN WITNESS WHEREOF,** the party of the first part have hereunto set their hands and seals. Dated the day and year first above written.

**SEALED AND DELIVERED**
**IN THE PRESENCE OF US:**

_____
Witness

_amen kostick_____
Witness

_____ {SEAL}
[GRANTOR]


**[STATE/COMMONWEALTH] OF [NAME OF STATE]**
**COUNTY OF [NAME OF COUNTY]**

On this, the _11th_ day of _December_ _2019_, before me, a Notary Public for the Commonwealth of Pennsylvania, the undersigned Officer, appeared Imad Dawara, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that he executed the same for the purposes therein contained.

I hereunder set my hand and official seal.

_____
Notary Public
{SEAL}

NOTARIAL SEAL
KIKU N. MEHTA, Notary Public
Philadelphia, Philadelphia Co., PA
My Commission Expires July 21, 2020

MY COMMISSION EXPIRES:

# D e e d

==============================

**Imad Dawara**

-TO-

**Imad Dawara, Mirvat Dawara**
==============================

Premises:

407 Seminole Street, Lester, PA 19029
==============================

The address of the above-named Grantees is

407 Seminole Street

Lester, PA 19029

On behalf of the Grantees

Imad Dawara and Mirvat Dawara

Record and Return to:

Imad Dawara and Mirvat Dawara

407 Seminole Street

Lester, PA 19029