# **EXHIBIT 3B**

## Deed of Correction

**THIS INDENTURE**, made the 11th day of November, in the year Two Thousand Nineteen (2019)

**BETWEEN   Imad Dawara**

(hereinafter called the Grantor) of the one part,  and

### Imad Dawara, Mirvat Dawara

(hereinafter called the Grantee) of the other part,

**WITNESSETH:**  That the said Grantor, for and in consideration of the sum of **One Dollar ($1.00)** lawful money of the United States of America, unto, him well and truly paid by the said Grantee, at or before the sealing and delivery hereof, the receipt whereof is hereby acknowledged, has granted, bargained and sold, released, and confirmed, and by these presents does grant, bargain and sell, release, and confirm unto the said Grantee, his heirs and assigns, in fee simple.

**Premises A Parcel no. 45-16-084:000**

**ALL THAT CERTAIN** lot or piece of ground with the two and one-half story frame messuage or tenement thereon erected, situate on the Southeast side of Seminole Street at the distrance of 78 feet 6 inches Northeasterly from the Northeast side of Fourth Avenue in Lester (formerly called Carbindale) in the Township of Tinicum, in the County of Delaware and State of Pennsylvania.

**CONTAINING** in front or breadth on the said Seminole Street 21 feet 6 inches and extending of that width in length or depth Southeasterly, the Westerly line of said lot passing through the middle of the party wall, 125 feet running between lines parallel with the said Fourth Avenue; and being more "Corbindale" recorded at Media in Deed Book U, No.6, Page 620.

**PREMISES B Parcel no. 45-16-084:001**

**ALSO ALL THOSE TWO CERTAIN** lots or pieces of ground, situate on the Southeast side of Seminole Street at the respective distance of 125 feet and 100 feet Northeasterly from the Northeast side of Fourth Avenue, in Lester (formerly called Corbindale), in the Township of Tinicum, in the County of Delaware and State of Pennsylvania:

**CONTAINING** as respects each lot in front of breadth on the said Seminole Street 25 feet and extending in length or depth Southeasterly of that width between parallel lines with the said Fourth Avenue 125 feet and being Lots No. 43 and 44 in Section 6 on the plain of Corbindale recorded at Media in Deed Book U, No. 6, Page 620.

RD BK06583-2344      DT-DEED

2020049173    09/01/2020 01:09:57 PM:1

RCD FEE: $116.25



45-TINICUM $0.00      **RECORDER OF DEEDS**     DELAWARE COUNTY

**TMP: 45-00-01841-00 and 45-00-01841-01**

**BEING** the same premises which Christina M. Celona and John F. Neri, wife and husband, dated 8/28/15 and recorded 9/14/15 in Delaware County in Volume No. 5702, Page 1069, coveyed unto Imad Dawara, in fee.

**UNDER AND SUBJECT,** to Restrictions of Record.

**TOGETHER** with all and singular the buildings, improvements, ways, streets, alleys, driveways, passages, waters, water-courses, rights, liberties, privileges, hereditaments and appurtenances, whatsoever unto the hereby granted premises belonging, or in any way appertaining, and the reversions and remainders, rents, issues, and profits thereof; and all the estate, right, title, interest, property, claim and demand whatsoever of them, the said Grantor, as well at law as in equity, of, in and to the same.

**TO HAVE AND TO HOLD** the said lot or piece of ground described with the buildings and improvements thereon erected, hereditaments and premises hereby granted, or mentioned and intended so to be, with the appurtenances, unto the said Grantee, his heirs and assigns, to and for the only proper use and behoof of the said Grantee, his heirs and assigns forever.

**UNDER AND SUBJECT** as aforesaid.

**AND** the said Grantor, for his self, heirs, executors and administrators do covenant, promise and agree, to and with the said Grantee, his heirs and assigns, by these presents, that they, the said Grantor and his heirs, all and singular the hereditaments and premises hereby granted or mentioned and intended so to be, with the appurtenances, unto the said Grantee, his heirs and assigns, against them, the said Grantor and his heirs, and against all and every person and persons whomsoever lawfully claiming or to claim the same or any part thereof, by from or under him, her, them, or any of them, shall and will **SUBJECT** as aforesaid, **WARRANT and forever DEFEND.**

**Iamd Dawara and Mirvat Dawara are siblings.**

**Transfer tax exempt**

**Corrected**
**D e e d**

======================================

**Imad Dawara**

-TO-

**Imad Dawara, Mirvat Dawara**

======================================

Premises:

407 Seminole Street, Lester, PA 19029

======================================

The address of the above-named Grantees is

407 Seminole Street

Lester, PA 19029

On behalf of the Grantees

Imad Dawara and Mirvat Dawara

Record and Return to:

Imad Dawara and Mirvat Dawara

407 Seminole Street

Lester, PA 19029

**℞ pennsylvania**
DEPARTMENT OF REVENUE   (EX) MOD 06-19 (FI)

# REV-183
BUREAU OF INDIVIDUAL TAXES
PO BOX 280603
HARRISBURG, PA 17128-0603

1830019105

**REALTY TRANSFER TAX
STATEMENT OF VALUE**
COMPLETE EACH SECTION

| RECORDER'S USE ONLY | |
|---|---|
| State Tax Paid: *O* | |
| Book: *6583* | Page: *2344* |
| Instrument Number: *202049173* | |
| Date Recorded: *9/1/2020* | |

| SECTION I | TRANSFER DATA |
|---|---|

Date of Acceptance of Document *June 15 2020*

| Grantor(s)/Lessor(s) *Haitham ALBarouki* | Telephone Number *215-941-2924* | Grantee(s)/Lessee(s) *Mirvat Dawara* | Telephone Number *267-535-9395* |
|---|---|---|---|
| Mailing Address *132 S. Scott Ave.* | | Mailing Address *407 Seminole St* | |
| City *Glenolden* | State *PA* | ZIP Code *19036* | City *Lester* | State *PA* | ZIP Code *19029* |

| SECTION II | REAL ESTATE LOCATION |
|---|---|

| Street Address *407 Seminole St* | City, Township, Borough *Lester* |
|---|---|
| County *Delaware* | School District | Tax Parcel Number *45-16-054-000* |

| SECTION III | VALUATION DATA | *45-00-01841-00 and 01* |
|---|---|---|

Was transaction part of an assignment or relocation?   ⊙ YES   ⦿ NO

| 1. Actual Cash Consideration *$1.00* | 2. Other Consideration + | 3. Total Consideration = |
|---|---|---|
| 4. County Assessed Value *N/A* | 5. Common Level Ratio Factor X | 6. Computed Value = |

| SECTION IV | EXEMPTION DATA - Refer to instructions for exemption status. |
|---|---|

| 1a. Amount of Exemption Claimed $ *Full value* | 1b. Percentage of Grantor's Interest in Real Estate *50* % | 1c. Percentage of Grantor's Interest Conveyed *50* % |
|---|---|---|

**2. Fill in the Appropriate Oval Below for Exemption Claimed.**

⊙ Will or intestate succession. _____
(Name of Decedent)                          (Estate File Number)

⊙ Transfer to a trust. (Attach complete copy of trust agreement and all amendments.)

⊙ Transfer from a trust. (Attach complete copy of trust agreement and all amendments.)

⊙ Transfer between principal and agent/straw party. (Attach complete copy of agency/straw party agreement.)

⊙ Transfers to the commonwealth, the U.S. and instrumentalities by gift, dedication, condemnation or in lieu of condemnation. (If condemnation or in lieu of condemnation, attach copy of resolution.)

⊙ Transfer from mortgagor to a holder of a mortgage in default. (Attach copy of mortgage and note/assignment.)

⊙ Corrective or confirmatory deed. (Attach complete copy of the deed to be corrected or confirmed.)

⊙ Statutory corporate consolidation, merger or division. (Attach copy of articles.)

⦿ Other (Provide a detailed explanation of exemption claimed. If more space is needed attach additional sheets.)

*Exempt Sibling transfer*

| SECTION V | CORRESPONDENT INFORMATION - All inquiries may be directed to the following person: |
|---|---|

| Name *Haitham ALBarouki* | Telephone Number *(215) 941-2924* |
|---|---|
| Mailing Address *132. S. Scott Ave* | City *Glenolden* | State *PA* | ZIP Code *19036* |

Under penalties of law, I declare that I have examined this statement, including accompanying information, and to the best of my knowledge and belief, it is true, correct and complete.

| Signature of Correspondent or Responsible Party *Haitham alBarouki* | Date *6/15/20* |
|---|---|

**FAILURE TO COMPLETE THIS FORM PROPERLY OR ATTACH REQUESTED DOCUMENTATION MAY RESULT IN THE RECORDER'S REFUSAL TO RECORD THE DEED.**


1830019105

1830019105

**PAGE 1**