# **<u>EXHIBIT 3C</u>**

# DO NOT DETACH



8219402-0009S

**Instrument Number: 2021027906**
**Volume/Page:** RECORD BK 6674 PG 2515
**Recorded Date: 04/13/2021 2:04:21 PM**

**Robert A. Auclair, Esq.**
Delaware County Recorder of Deeds
Government Center, Room 107
201 W. Front Street
Media, PA 19063
610-891-4152

| | |
|---|---|
| Transaction Number: 845623<br>Collected By: dawson-loven<br>Document Type:  DEED<br>Document Page Count:  : 4 | Return To (Mail):<br>WARREN S WOLF ESQUIRE<br>1949 BERLIN ROAD<br>SUITE 201<br>CHERRY HILL, NJ 08003 |
| Parcel ID: 45-00-01841-00 | |

| Fees: | | Instrument Number: 2021027906 |
|---|---|---|
| RECORDING FEES: | $37.50 | **Volume/Page:** RECORD BK 6674 PG 2515 |
| AFFORDABLE HOUSING FEE: | $18.00 | **Recorded Date:** 04/13/2021 2:04:21 PM |
| COUNTY IMPROVEMENT FUND: | $5.00 | |
| ACT 152 FEE: | $15.00 | |
| JCS/ATJ FEE: | $40.25 | |
| WRIT TAX: | $0.50 | |
| **Total Fees:** | $116.25 | |
| **Amount Paid:** | $116.25 | |
| **Amount Due:** | $0.00 | |

**OFFICIAL RECORDING COVER PAGE**
# DO NOT DETACH
THIS PAGE IS NOW PART OF THIS RECORDED DOCUMENT
NOTE: If the document data differs from this cover sheet, please first check the document on our website to ensure it has
been corrected.  The document data always supersedes the cover page.
If an error on the cover page appears on our website after review please let our office know.
COVER PAGE DOES NOT INCLUDE ALL DATA, PLEASE SEE INDEX AND DOCUMENT FOR ANY ADDITIONAL
INFORMATION.

```
Prepared by and Return to:

Warren S. Wolf, Esquire
Goldberg & Wolf, LLC
1949 Berlin Road, Suite 201
Cherry Hill, NJ 08003
```

# QUIT CLAIM DEED

**THIS DEED**, made the 25th day of March , 2021

**Between**

### IMAD DAWARA  by his attorney in fact HAITHAM ALBAROUKI

(hereinafter called the Grantor), of the one part, and

### MIRVAT DAWARA

(hereinafter called the Grantee), of the other part,

**Witnesseth** that the said Grantor for an in consideration of the sum of ONE DOLLAR 00/100 ($1.00) lawful money of the United States of America, unto him well and truly paid by the said Grantee, at or before the sealing and delivery hereof, the receipt whereof is hereby acknowledged, has remised, released and quit-claimed, and by these presents does remain, release and quit-claim unto the said Grantee, its successors and assigns,

**All that Certain** lot, piece, or parcel of ground situate in the Township of Tinicum, County of Delaware and Commonwealth of Pennsylvania, bounded and described as follows:
407 Seminole Street, Lester, Delaware County, PA
Parcel/Control: 45-00-01841-00 AND 45-00-01841-01
EXHIBIT A

**Premises A Parcel No. 45-16-084:000**

**ALL THAT CERTAIN** lot or piece of ground with the two and one-half story frame messuage or tenement thereon erected, situate on the Southeast side of Seminole Street at the distrance of 78 feet 6 inches Northeasterly from the Northeast side of Fourth Avenue in Lester (Formerly called Carbindale) in the Township of Tinicum, in the County of Delaware and State of Pennsylvania.

**CONTAINING** in front or breadth on the said Seminole Street 21 feet 6 inches and extending of that width in length or depth Southeasterly, the Westerly line of said lot passing through the middle of the party wall, 125 feet running between lines parallel with the said Fourth Avenue; and being more "Corbindale" recorded at Media in Deed Book U, No. 6, Page 620.

**Premises B Parcel No. 45-16-084:001**

**ALSO ALL THOSE TWO CERTAIN** lots or pieces of ground, situate on the Southeast side of Seminole Street at the respective distance of 125 feet and 100 feet Northeasterly from the Northeast side of Fourth Avenue, in Lester (formerly called Corbindale), in the Township of Tinicum, in the County of Delaware and State of Pennsylvania.

**CONTAINING** as respects each lot in front of breadth on the said Seminole Street 25 feet and extending in length or depth Southeasterly of that width between parallel lines with the said Fourth Avenue 125 feet and being Lots No. 43 and 44 in Section 6 on the plain of Corbindale recorded at Media in Deed Bok U, No. 6, Page 620.

**TMP: 45-00-01841-00 and 45-00-01841-01**

**BEING** the same premises which Christina M. Celona and John F. Neri, wife and husband, by Deed dated 08/28/2015 and recorded 09/14/2015 in Delaware County in Volume No. 5702, Page 1069, conveyed unto Imad Dawara, in fee.

**ALSO BEING** the same premises which Imad Dawara by Deed dated 11/11/2019 and recorded 09/01/2020 in Delaware County in Book 06583, Page 2344, conveyed unto Imad Dawara and Mirvat Dawara.

THIS DEED IS TO DIVEST ANY OUTSTANDING OWNERSHIP INTEREST OF THE GRANTOR.

Under and subject to all conditions, covenants and restrictions of record.

Together with all and singular the tenements, hereditaments and appurtenances, thereunto belonging, or in any wise appertaining, and the reversions, remainders, rents, issues and profits thereof; and also, all the estate, right, title, interest, property, claim and demand whatsoever as well in law as in equity, of the said party of the first part, of, in, or appurtenances.

To have and to hold the said lot or piece of ground described premises together with the appurtenances, into the said Grantee, his heirs and assigns, forever.

**Imad Dawara and Mirvat Dawara are siblings.**

Witness:

Sealed and Delivered in the Presence of Us:

IMAD DAWARA by his attorney in  fact
HAITHAM ALBAROUKI

Commonwealth of Pennsylvania
County of Delaware

On this, the 25 day of March , 2021, before me, the undersigned Notary Public personally appeared HAITHAM ALBAROUKI, attorney in fact for IMAD DAWARA, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that they executed the same for the purpose therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

NOTARY PUBLIC
Commission expires 7/27/22

The precise residence and the complete post office address of the above-named Grantee is:
407 Seminole Street
Lester, PA 19029

On behalf of the Grantee

Commonwealth of Pennsylvania-Notary Seal
JAMES F CHARLIER-Notary Public
Delaware County
My Commission Expires Jul 27, 2022
Commission Number 1025665

## pennsylvania
DEPARTMENT OF REVENUE (EX) MOD 06-19 (FI)

# REV-183

BUREAU OF INDIVIDUAL TAXES
PO BOX 280603
HARRISBURG, PA 17128-0603

1830019105

**REALTY TRANSFER TAX
STATEMENT OF VALUE**

COMPLETE EACH SECTION

**RECORDER'S USE ONLY**

State Tax Paid: O

Book: 0674  Page: 2515

Instrument Number: 2021027906

Date Recorded: 4-13-21

| SECTION I | TRANSFER DATA |
|---|---|

START ➡ Date of Acceptance of Document  MM/DD/YYYY  3-25-21

| Grantor(s)/Lessor(s) IMAD DAWARA | Telephone Number | Grantee(s)/Lessee(s) MIRVAT DAWARA | Telephone Number |
|---|---|---|---|
| Mailing Address 19 Ridgeway Ave | | Mailing Address 407 Seminole Street | |

| City Norwood | State PA | ZIP Code 19074 | City Lester | State PA | ZIP Code 19029 |
|---|---|---|---|---|---|

| SECTION II | REAL ESTATE LOCATION |
|---|---|

| Street Address 407 Seminole Street | City, Township, Borough Tinicum |
|---|---|
| County Delaware | School District S05- Interboro | Tax Parcel Number 45-00-01841-00; 45-00-01841-01 |

| SECTION III | VALUATION DATA |
|---|---|

Was transaction part of an assignment or relocation?  ⬭ YES  ⬤ NO

| 1. Actual Cash Consideration 1.00 | 2. Other Consideration + | 3. Total Consideration = 1.00 |
|---|---|---|
| 4. County Assessed Value 177,200.00 | 5. Common Level Ratio Factor x 1.0 | 6. Computed Value = 177,200.00 |

| SECTION IV | EXEMPTION DATA - Refer to instructions for exemption status. |
|---|---|

| 1a. Amount of Exemption Claimed $ 177,200.00 | 1b. Percentage of Grantor's Interest in Real Estate 50 % | 1c. Percentage of Grantor's Interest Conveyed 50% % |
|---|---|---|

**2. Fill in the Appropriate Oval Below for Exemption Claimed.**

⬭ Will or intestate succession. _____

(Name of Decedent)                           (Estate File Number)

⬭ Transfer to a trust. (Attach complete copy of trust agreement and all amendments.)

⬭ Transfer from a trust. (Attach complete copy of trust agreement and all amendments.)

⬭ Transfer between principal and agent/straw party. (Attach complete copy of agency/straw party agreement.)

⬭ Transfers to the commonwealth, the U.S. and instrumentalities by gift, dedication, condemnation or in lieu of condemnation. (If condemnation or in lieu of condemnation, attach copy of resolution.)

⬭ Transfer from mortgagor to a holder of a mortgage in default. (Attach copy of mortgage and note/assignment.)

⬭ Corrective or confirmatory deed. (Attach complete copy of the deed to be corrected or confirmed.)

⬭ Statutory corporate consolidation, merger or division. (Attach copy of articles.)

⬤ Other (Provide a detailed explanation of exemption claimed. If more space is needed attach additional sheets.)

transfer between children of the same parent- siblings. 61 Pa. Code sec 91.193(b)(6)(i)(C)

| SECTION V | CORRESPONDENT INFORMATION - All inquiries may be directed to the following person: |
|---|---|

| Name HAITHAM ALBAROUKI attorney in fact for IMAD DAWARA | Telephone Number (215) 941-2924 |
|---|---|
| Mailing Address 132 S. Scott Ave. | City Glenolden | State PA | ZIP Code 19036 |

Under penalties of law, I declare that I have examined this statement, including accompanying information, and to the best of my knowledge and belief, it is true, correct and complete.

| Signature of Correspondent or Responsible Party | **PLEASE SIGN AFTER PRINTING** | Date MM/DD/YYYY 03/25/21 |
|---|---|---|

**FAILURE TO COMPLETE THIS FORM PROPERLY OR ATTACH REQUESTED DOCUMENTATION MAY RESULT IN THE RECORDER'S REFUSAL TO RECORD THE DEED.**

1830019105

1830019105

