# **EXHIBIT 4**

Recorded in Philadelphia PA Doc Id: 53827597
02/04/2020 01:39 PM   Page 1 of 4   Rec Fee: $256.75
Receipt#: 20-13033,20-13033-C1
Records Department   Doc Code: D
State RTT: $0.00   Local RTT: $0.00

**Deed**

**THIS INDENTURE**, made the 18th day of November, in the year Two Thousand Nineteen, (2019)

**BETWEEN**   Haitham Albarouki Power of Attorney for Imad Dawara

(hereinafter called the Grantor) of the one part,  and

**Haitham Albarouki Power of Attorney for Imad Dawara, Abeer Naim**

(hereinafter called the Grantee) of the other part,

**WITNESSETH:** That the said Grantor, for and in consideration of the sum of **One Dollar ($1.00)** lawful money of the United States of America, unto him well and truly paid by the said Grantee, at or before the sealing and delivery hereof, the receipt whereof is hereby acknowledged, has granted, bargained and sold, released, and confirmed, and by these presents does grant, bargain and sell, release, and confirm unto the said Grantee, his heirs and assigns, in fee simple.

**ALL THAT CERTAIN** lot or piece of ground with the messuage or tenement thereon erected,

**SITUATE** on the South side of McKean Street, at the distance of one hundred and eighty feet Westward from the West side of Fifteenth Street in the 48th (formerly the 26th) Ward of the City of Philadelphia.

**CONTAINING**  in front or breadth on the said McKean Street fifteen feet and extending of that width in length or depth Southward sixty feet to a three feet wide alley leading East and West and communicating with another alley leading from McKean Street to Emily Street.

**BEING** known as 1524 McKean Street

**TOGETHER** with the free and common use, right, liberty and privilege of the aforesaid alley as and for an alley, passageway and watercourse at all times hereinafter, forever, in common with the owners, tenant sand occupiers of the lots of ground bounding thereon and entitles to the use thereof.

**SUBJECT** however, to the proportionate part of the expense of keeping the said alley in good order, conditions and repair.

**BEING** the same premises which Imad Dawara and Hiathiam Albarouki by Deed dated May 24, 2006 and recorded June 12, 2006 in the County of Philadelphia in Document ID No. 51461821 conveyed unto Imad Dawara, in fee.

**TOGETHER** with all and singular the buildings, improvements, ways, streets, alleys, driveways, passages, waters, water-courses, rights, liberties, privileges, hereditaments and appurtenances, whatsoever unto the hereby granted premises belonging, or in any way appertaining, and the reversions and remainders, rents, issues, and profits thereof; and all the estate, right, title, interest, property, claim and demand whatsoever of them, the said Grantor, as well at law as in equity, of, in and to the same.

**TO HAVE AND TO HOLD** the said lot or piece of ground described with the buildings and improvements thereon erected, hereditaments and premises hereby granted, or mentioned and intended so to be, with the appurtenances, unto the said Grantee,  his heirs and assigns, to and for the only proper use and behoof of the said Grantee, his heirs and assigns forever, in fee simple.

**UNDER AND SUBJECT** as aforesaid.

**AND** the said Grantor and his heirs, all and singular the hereditaments and premises hereby granted or mentioned and intended so to be, with the appurtenances, unto the said Grantee, his heirs and assigns, against them, the said Grantor and his heirs, and against all and every person and persons whomsoever lawfully claiming or to claim the same or any part thereof, by from or under him, her, them, or any of them, shall and will **SUBJECT** as aforesaid, **WARRANT and forever DEFEND.**

**IN WITNESS WHEREOF,** the said Grantors has caused these presents to be duly executed the day and year first above written.

**SEALED AND DELIVERED**
**IN THE PRESENCE OF US:**

_____
Witness

Amber Kostick
Witness

_____ {SEAL}
**Grantor Haitham Albarouki, Power of Attorney**
**for Imad Dawara**

**[STATE/COMMONWEALTH] OF [NAME OF STATE]** ,   :  Philadelphia
**COUNTY OF [NAME OF COUNTY]** Pennsylvania   :

On this, the __3rd__ day of __February__, 2020, before me, a Notary Public for the Commonwealth of Pennsylvania, the undersigned Officer, appeared Imad Dawara, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that he executed the same for the purposes therein contained.

I hereunder set my hand and official seal.

Kiku N. Mehta
Notary Public                  Feb. 3, 2020
{SEAL}

NOTARIAL SEAL
KIKU N. MEHTA, Notary Public
Philadelphia, Philadelphia Co., PA
My Commission Expires July 21, 2020

MY COMMISSION EXPIRES:

# D e e d

===============================

## Imad Dawara

-TO-

## Imad Dawara, Abeer Naim

===============================

Premises:

1524 McKean Street, Philadelphia, PA, 19145

===============================

The address of the above-named Grantees is

1524 McKean Street

Philadelphia, PA 19145

On behalf of the Grantees

Haitham Albarouki Power of Attorney for Imad Dawara, Abeer Naim

Record and Return to:

Haitham Albarouki Power of Attorney for Imad Dawara, Abeer Naim

1524 McKean Street

Philadelphia, PA 19145