# **EXHIBIT 5**

## Deed

**THIS INDENTURE**, made the 14th day of November, in the year Two Thousand Nineteen, (2019)

**BETWEEN    Imad Dawara**

(hereinafter called the Grantor) of the one part,  and

**Imad Dawara, Abeer Naim**

(hereinafter called the Grantee) of the other part,

**WITNESSETH:**  That the said Grantor, for and in consideration of the sum of **One Dollar ($1.00)** lawful money of the United States of America, unto him well and truly paid by the said Grantee, at or before the sealing and delivery hereof, the receipt whereof is hereby acknowledged, has granted, bargained and sold, released, and confirmed, and by these presents does grant, bargain and sell, release, and confirm unto the said Grantee, his heirs and assigns, in fee simple.

**ALL THAT CERTAIN** lot or piece of ground with the buildings and improvements thereon erected, Situate in the Township of Tinicum, County of Delaware, Commonwealth of Pennsylvania, described according to a Plain of Property made for Edward C. Yagle by Howard W. Doran, Registered surveyor, Newton Square, Pennsylvania on the 8th day of March, A.D. 1965, as follows, to wit:

**BEGINNING** at an iron pin on the Southeasterly side of Massasoit Street (60 feet wide) which iron pin is measured south Sixty-six degrees (66°) Thirty-seven minutes (37') Four seconds (4") West Three hundred feet (300') from the Southwesterly side of Fourth Street (60 Feet wide); THENCE extending from said point of beginning South Twenty-three degrees (23°) Twenty-two minutes (22') Fifty-six seconds (56") East One-hundred and twenty-five feet (125') to an iron pin; THENCE extending South Sixty-six degrees (66°) Thirty-seven minutes (37') Four seconds (4") west Fifty feet (50') to an iron pin; THENCE extending North Twenty-Three degrees (23°) Twenty-two minutes (22') Fifty-six seconds (56") West One hundred and twenty-five (125') to an iron pin on the Southeasterly side of Massasoit Street; THENC extending along the same North Sixty-six degrees (66°) Thrity-seven minutes (37') Four seconds (4") East Fifty feet (50') to the first mentioned point and place of beginning.

**PARCEL NO. 45-00-00900-00**

**BEING** the same premises which Carol A. Klekner, Trustee of the Klekner Family Trust dated and amended September 5, 1998, by Indenture dated 03/30/2007 and recorded 04/12/2007 in the Office of the Recorder of Deeds in and for the County of Delaware in Volume 4074 Page 589, granted and conveyed unto Imad Dawara.

RD BK06446-0462                                    DT-DEED

2019075373    12/31/2019 09:56:09 AM:3

RCD FEE: $116.25



45-TINICUM $0.00                    **RECORDER OF DEEDS**

DELAWARE COUNTY

**UNDER AND SUBJECT** to Restrictions of Record.

**TOGETHER** with all and singular the buildings, improvements, ways, streets, alleys, driveways, passages, waters, water-courses, rights, liberties, privileges, hereditaments and appurtenances, whatsoever unto the hereby granted premises belonging, or in any way appertaining, and the reversions and remainders, rents, issues, and profits thereof; and all the estate, right, title, interest, property, claim and demand whatsoever of them, the said Grantor, as well at law as in equity, of, in and to the same.

**TO HAVE AND TO HOLD** the said lot or piece of ground described with the buildings and improvements thereon erected, hereditaments and premises hereby granted, or mentioned and intended so to be, with the appurtenances, unto the said Grantee, his heirs and assigns, to and for the only proper use and behoof of the said Grantee, his heirs and assigns forever, in fee simple.

**UNDER AND SUBJECT** as aforesaid.

**AND** the said Grantor and his heirs, all and singular the hereditaments and premises hereby granted or mentioned and intended so to be, with the appurtenances, unto the said Grantee, his heirs and assigns, against them, the said Grantor and his heirs, and against all and every person and persons whomsoever lawfully claiming or to claim the same or any part thereof, by from or under him, her, them, or any of them, shall and will **SUBJECT** as aforesaid, **WARRANT and forever DEFEND.**

**Imad Dawara and Abeer Naim are husband and wife.**

Transfer tax exempt

**IN WITNESS WHEREOF,** the said Grantors has caused these presents to be duly executed the day and year first above written.

**SEALED AND DELIVERED**
**IN THE PRESENCE OF US:**

_____
Witness

_amen Kostick_
Witness

_____ {SEAL}
[GRANTOR

**[STATE/COMMONWEALTH] OF [NAME OF STATE]**
**COUNTY OF [NAME OF COUNTY]**

On this, the _11th_ day of _December_, _201_ , before me, a Notary Public for the Commonwealth of Pennsylvania, the undersigned Officer, appeared Imad Dawara, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that he executed the same for the purposes therein contained.

I hereunder set my hand and official seal.

_Kiku N. Mehta_
Notary Public
{SEAL}

NOTARIAL SEAL
KIKU N. MEHTA, Notary Public
Philadelphia, Philadelphia Co., PA
My Commission Expires July 21, 2020

MY COMMISSION EXPIRES:

## D e e d

====================================

**Imad Dawara**

-TO-

**Imad Dawara, Abeer Naim**

====================================

Premises:

321 Massasoit Street, Lester, PA 19029

====================================

The address of the above-named Grantees is

321 Massasoit Street

Lester, PA 19029

On behalf of the Grantees

Imad Dawara, Abeer Naim

Record and Return to:

Imad Dawara amd Abeer Naim

321 Massasoit Street

Lester, PA 19029

