# EXHIBIT 6

**Deed**

**THIS INDENTURE**, made the 11th day of November, in the year Two Thousand Nineteen (2019)

**BETWEEN  Imad Dawara**

(hereinafter called the Grantor) of the one part,  and

**Imad Dawara and Abeer Naim**

(hereinafter called the Grantee) of the other part,

**WITNESSETH:** That the said Grantor, for and in consideration of the sum of **One Dollar ($1.00)** lawful money of the United States of America, unto, him well and truly paid by the said Grantee, at or before the sealing and delivery hereof, the receipt whereof is hereby acknowledged, has granted, bargained and sold, released, and confirmed, and by these presents does grant, bargain and sell, release, and confirm unto the said Grantee, their heirs and assigns, in fee simple.

**PREMISES- A**

**ALL THAT CERTAIN** lot or piece of ground with the buildings, and improvements thereon erected, Situate in the Township of Tinicum, County of Delaware and State of Pennsylvania, described according to a Plan of "Essington", which said Plan is duly recorded at Media in the Office for the Recording of Deeds etc., in and for the said County of Delaware in Deed Book "H" No. 7, Page 618 as follows:-

**SITUATE** on the Southeasterly side of Erickson Avenue (Sixty feet wide) at the distance of two hundred seventy-five feet measured South Nine degrees forty-four Minutes West along the said side of Erickson Avenue from its intersection with the Southwesterly side of Third Street (Sixty feet wide);

**CONTAINING** in front or breadth on the Southeasterly side of Erickson Avenue, measured South Nine degrees forty-four minutes West, Twenty-five feet, and extending of that width in length or depth, measured South eighty degrees sixteen minutes, East, between parallel lines at right angles to Erickson Avenue One hundred feet.

**BEING** the same premises which THLJ Services Inc, Deed dated 08/28/2015 and recorded 09/03/2015 in the Office of the Recorder of Deeds in and for the County of Delaware in Volume 5697, Page 1128, granted and conveyed unto Imad Dawara, in fee.

**FOLIO NO. 45-00-0378-00**

RD BK06446-0458                                   DT-DEED

2019075372    12/31/2019 09:56:09 AM:2

RCD FEE: $116.25

45-TINICUM $0.00                    **RECORDER OF DEEDS**

DELAWARE
COUNTY

**PREMISES- B**

**ALSO ALL THAT CERTAIN** lot or piece of ground, Situate in the Township of Tincum, County of Delaware and State of Pennsylvania, described according to a Plan or "Essington", which said Plain is duly recorded at Media in the Office for the recording of Deeds, etc., in and for the said County of Delaware in Deed Book "H" No. 7, Page 618, as follows:-

**UNDER AND SUBJECT** to Restrictions of Record.

**TOGETHER** with all and singular the buildings, improvements, ways, streets, alleys, driveways, passages, waters, water-courses, rights, liberties, privileges, hereditaments and appurtenances, whatsoever unto the hereby granted premises belonging, or in any way appertaining, and the reversions and remainders, rents, issues, and profits thereof; and all the estate, right, title, interest, property, claim and demand whatsoever of them, the said Grantor, as well at law as in equity, of, in and to the same.

**TO HAVE AND TO HOLD** the said lot or piece of ground described with the buildings and improvements thereon erected, hereditaments and premises hereby granted, or mentioned and intended so to be, with the appurtenances, unto the said Grantee, his heirs and assigns, to and for the only proper use and behoof of the said Grantee, his heirs and assigns forever, in fee simple.

**UNDER AND SUBJECT** as aforesaid.

**AND** the said Grantor, for their self, heirs, executors and administrators do covenant, promise and agree, to and with the said Grantee, his heirs and assigns, by these presents, that they, the said Grantor and their heirs, all and singular the hereditaments and premises hereby granted or mentioned and intended so to be, with the appurtenances, unto the said Grantee, his heirs and assigns, against them, the said Grantor and their heirs, and against all and every person and persons whomsoever lawfully claiming or to claim the same or any part thereof, by from or under him, her, them, or any of them, shall and will **SUBJECT** as aforesaid, **WARRANT and forever DEFEND.**

**Imad Dawara and Abeer Naim are husband and wife.**

Transfer tax exempt

**IN WITNESS WHEREOF,** the party of the first part have hereunto set their hands and seals. Dated the day and year first above written.

SEALED AND DELIVERED
IN THE PRESENCE OF US:

_____
Witness

amyn Kostick
_____
Witness

_____{SEAL}
[GRANTOR]

**[STATE/ COMMONWEALTH] OF [NAME OF STATE]**      :
**COUNTY OF [NAME OF COUNTY]**

On this, the _11th_ day of _December, 2019_, before me, a Notary Public for the Commonwealth of Pennsylvania, the undersigned Officer, appeared Imad Dawara., known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that they executed the same for the purposes therein contained.

I hereunder set my hand and official seal.

_____
Notary Public
{SEAL}

MY COMMISSION EXPIRES:

NOTARIAL SEAL
KIKU N. MEHTA, Notary Public
Philadelphia, Philadelphia Co., PA
My Commission Expires July 21, 2020

**D e e d**

===============================

**Imad Dawara**

-TO-

**Imad Dawara, Abeer Naim**

===============================

Premises:

224 Erickson Street, Essington, PA 19029

===============================

The address of the above-named Grantees is

224 Erickson Street, Essington, PA 19029

On behalf of the Grantees

Imad Dawara and Abeer Naim

Record and Return to:

Imad Dawara and Abeer Naim

224 Erickson Street

Essington, PA 19029