# EXHIBIT 9

## Deed

**THIS INDENTURE**, made the 11th day of November, in the year Two Thousand Nineteen, (2019)

**BETWEEN** **Bahaa Dawara**

(hereinafter called the Grantor) of the one part,  and

**Bahaa Dawara, Faten Dawara**

(hereinafter called the Grantee) of the other part,

**WITNESSETH:** That the said Grantor, for and in consideration of the sum of **One Dollar ($1.00)** lawful money of the United States of America, unto him well and truly paid by the said Grantee, at or before the sealing and delivery hereof, the receipt whereof is hereby acknowledged, has granted, bargained and sold, released, and confirmed, and by these presents does grant, bargain and sell, release, and confirm unto the said Grantee, his heirs and assigns, in fee simple.

**PREMISES- A**

**ALL THAT CERTAIN** lot or piece of ground Situate in the Township of Ridley, County of Delaware, and State of Pennsylvania being known as Lot 325 on Plan of West Ridley Park Land Association recorded in Deed Book M, No. 6, Page 638 and describes as follows:-

**SITUATE** on the Northeasterly side of Garfield Avenue at the distance Two Hundred feet measured Southeastwardly from Harrison Avenue;

**CONTAINING** in front along the said Northeasterly side of Garfield Avenue Southeastwardly forty feet and extending in depth between parallel lines at right angles Northeastwardly One hundred and fifty feet.

**BEING** known as Premises No. 142 Garfield Avenue, Woodlyn, PA 19094.

**FOLIO NO. 38-02-00913-00**

**BEING** the same premises which Leo F. King, by Deed dated 12/27/16 and recorded 01/05/17 in the Office of the Recorder of Deeds in and for the County of Delaware in Deed Book 5936, Page 1340, granted and conveyed unto Bahaa Dawara, in fee,

**PREMISES- B**

**UNDER AND SUBJECT** to Restrictions of Record.

RD BK06446-0474                                DT-DEED
2019075376    12/31/2019 09:56:09 AM:6
RCD FEE: $116.25

DELAWARE
COUNTY
38-RIDLEY TWP $0.00          **RECORDER OF DEEDS**

**TOGETHER** with all and singular the buildings, improvements, ways, streets, alleys, driveways, passages, waters, water-courses, rights, liberties, privileges, hereditaments and appurtenances, whatsoever unto the hereby granted premises belonging, or in any way appertaining, and the reversions and remainders, rents, issues, and profits thereof; and all the estate, right, title, interest, property, claim and demand whatsoever of them, the said Grantor, as well at law as in equity, of, in and to the same.

**TO HAVE AND TO HOLD** the said lot or piece of ground described with the buildings and improvements thereon erected, hereditaments and premises hereby granted, or mentioned and intended so to be, with the appurtenances, unto the said Grantee, his heirs and assigns, to and for the only proper use and behoof of the said Grantee, his heirs and assigns forever, in fee simple.

**UNDER AND SUBJECT** as aforesaid.

**AND** the said Grantor and his heirs, all and singular the hereditaments and premises hereby granted or mentioned and intended so to be, with the appurtenances, unto the said Grantee, his heirs and assigns, against them, the said Grantor and his heirs, and against all and every person and persons whomsoever lawfully claiming or to claim the same or any part thereof, by from or under him, her, them, or any of them, shall and will **SUBJECT** as aforesaid, **WARRANT and forever DEFEND.**

**Bahaa Dawara and Faten Dawara are siblings.**

Transfer tax exempt

**IN WITNESS WHEREOF,** the party of the first part have hereunto set their hands and seals. Dated the day and year first above written.

**SEALED AND DELIVERED**
IN THE PRESENCE OF US:

_Haitham alBroudi_
Witness

_Abeer Nair_
Witness

_Faten Dawara_ _____ {SEAL}
[GRANTOR]

[STATE/COMMONWEALTH] OF [NAME OF STATE]    :    PA
COUNTY OF [NAME OF COUNTY]    :    Phila

On this, the _20th_ day of _Nov_ _____, _2019_, before me, a Notary Public for the Commonwealth of Pennsylvania, the undersigned Officer, appeared Bahaa Dawara, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that he executed the same for the purposes therein contained.

I hereunder set my hand and official seal.

_Kiku N. Mehta_
Notary Public
{SEAL}

NOTARIAL SEAL
KIKU N. MEHTA, Notary Public
Philadelphia, Philadelphia Co., PA
My Commission Expires July 21, 2020

MY COMMISSION EXPIRES July 21, 2020

## D e e d

============================================

### Bahaa Dawara

-TO-

### Bahaa Dawara, Faten Dawara

============================================

Premises:

142 Garfield Avenue, Woodlyn, PA 19094

============================================

The address of the above-named Grantees is

142 Garfield Avenue

Woodlyn, PA 19094

On behalf of the Grantees

Bahaa Dawara, Faten Dawara

Record and Return to:

Bahaa Dawara amd Faten Dawara

142 Garfield Avenue

Woodlyn, PA 19094



## NOTICE

THE PURPOSE OF THIS POWER OF ATTORNEY IS TO GIVE THE PERSON YOU DESIGNATE (YOUR "AGENT") BROAD POWERS TO HANDLE YOUR PROPERTY, WHICH MAY INCLUDE POWERS TO SELL OR OTHERWISE DISPOSE OF ANY REAL OR PERSONAL PROPERTY WITHOUT ADVANCE NOTICE TO YOU OR APPROVAL BY YOU.

THIS POWER OF ATTORNEY DOES NOT IMPOSE A DUTY ON YOUR AGENT TO EXERCISE GRANTED POWERS, BUT WHEN POWERS ARE EXERCISED, YOUR AGENT MUST USE DUE CARE TO ACT FOR YOUR BENEFIT AND IN ACCORDANCE WITH THIS POWER OF ATTORNEY.

YOUR AGENT MAY EXERCISE THE POWERS GIVEN HERE THROUGHOUT YOUR LIFETIME, EVEN AFTER YOU BECOME INCAPACITATED, UNLESS YOU EXPRESSLY LIMIT THE DURATION OF THESE POWERS OR YOU REVOKE THESE POWERS OR A COURT ACTING ON YOUR BEHALF TERMINATES YOUR AGENT's AUTHORITY.

YOUR AGENT MUST KEEP YOUR FUNDS SEPARATE FROM YOUR AGENT's FUNDS.

A COURT CAN TAKE AWAY THE POWERS OF YOUR AGENT IF IT FINDS YOUR AGENT IS NOT ACTING PROPERLY.

THE POWERS AND DUTIES OF AN AGENT UNDER A POWER OF ATTORNEY ARE EXPLAINED MORE FULLY IN 20 Pa. C.S. Ch. 56.

IF THERE IS ANYTHING ABOUT THIS FORM THAT YOU DO NOT UNDERSTAND, YOU SHOULD ASK A LAWYER OF YOUR OWN CHOOSING TO EXPLAIN IT TO YOU.

I HAVE READ OR HAD EXPLAINED TO ME THIS NOTICE AND I UNDERSTAND ITS CONTENTS.

Dated 10-30-19

_____
Signature of Principal

1

## GENERAL POWER OF ATTORNEY

I, Bahha Dawaa, of Philadelphia Pennsylvania, do hereby nominate, constitute and appoint Fatan Dawaa Philadelphia, PA, to have Power of Attorney, and in my name and on my behalf and for my use:

(1) To lease, demise, sell, assign, transfer, set over and convey property of whatsoever kind, real or personal or any interest therein which I may now own or hereafter acquire wheresoever situated or located; and to give options for any such sale, lease, demise, assignment or transfer; and to join in any or all of said acts with nay other person or persons with whom I may now or hereafter own such property as joint tenant or tenant in common. Any or all of the foregoing acts may be done by my attorney for such prices and upon such terms as to cash or credit and at public or private sales as may seem proper in the sole discretion of my attorney.

(2) To borrow money for any purpose which in the sole opinion of my attorney may seem proper, and to pledge as collateral security therefor any of my real or personal property.

(3) In order to carry out the above powers, to execute and deliver notes, bonds, mortgages, deeds, deeds of trust, bills of sale, assignments, transfers, pledges, leases, bailment leases, conditional sales contracts, options or other instruments.

(4) To receive and receipt for any and all sums of money now due to me or hereafter to

2

become due, by virtue of any matter or thing whatsoever.

(5)  To insure any or all of my real or personal property against loss or damage by fire or other casualty, to insure me against loss arising out of my liability to third persons or loss die to my negligence in connection with any real or personal property which I may now, or in the future, own, or rent.

(6)  To commence, carry on, and defend at law or equity all actions, suits or other litigation touching nay of my real estate or personal property or any part thereof, or in any other manner involving me or my property.

(7)  To demand, sue for, and to enforce payment of, and receive and give discharges of, all securities, moneys, debts, chattels, suits, and other tangible and intangible personal property now belonging or which may hereafter belong to me.

(8) To settle and compromise all acts, claims and disputes now existing or hereafter arising, between me and any other person, firm, corporation, County, City, State or Federal Government, or any of their agencies, instrumentalities or sub-divisions, and for any and all of these purposes to execute all such instruments, and to do all such things, as my said attorney believes proper; and without, detracting from any of the foregoing, to agree with any other party or parties in interest upon distribution in kind (whether the same be real or personal estate or both) as payment to me of any interest I may now, or hereafter, have in any decedent's estate or under any decedent's Will.

3

(9) To execute any and all proper releases, receipts, acquittance, satisfactions of mortgage, or satisfactions of any other instruments recorded or unrecorded.

(10) To deposit and withdraw money in my name, whether in a checking or a savings account and irrespective of the purpose, and for this purpose to sign and deliver any and all checks, vouchers, receipts or withdrawal slips on any and all bank or savings accounts now or hereafter standing in my name solely or jointly with another.

(11) To make or purchase in my name or otherwise, any investments or securities and in such manner as my said attorney shall believe proper, without limitation in any manner whatsoever, it being my intent to give to my said attorney the broadest powers of investment.

(12) To pay premiums on any and all kinds of insurance policies in which I may have any interest, whether as insured, owner, otherwise, and to borrow upon or receive the cash surrender value of any policies, and to exercise all options, rights or privileges, available to me under said policies, or which the respective insurance companies may consent to grant, excepting from the powers granted by this paragraph the right to change the beneficiary under any policy of life, health or accident insurance.

(13) To repair, alter or improve any part of my aforesaid personal or real property and to pay for the expenses of repairs, alterations and improvements to said property.

4

(14)  To receive dividends, interest, income and proceeds of insurance in my name, and to give a full and complete receipt therefor.

(15)  To pay and discharge all debts and demands due and payable or which may hereafter become due and payable by me unto any person or persons, firm or firms, corporation or corporations whatsoever.

(16)  To make or enter into any agreement or agreements which said attorney may deem necessary and best for my interest in the management of my business and affairs, including specifically the right to arrange and pay for my comfort, care, maintenance and support.

(17)  From time to time to enter any and all safe deposit boxes which I may now have or hereafter obtain, whether in my name solely or jointly with another, and to deposit therein, and remove therefrom, any and all assets, papers and documents; and to surrender any such safe deposit box and to execute any instrument to accomplish this purpose.

(18)  To apply for and receive automobile licenses and registrations and nay other type of licenses whether personal, business or otherwise.

(19)  To substitute an attorney or attorneys under my said attorney from time to time to do and perform the foregoing matters and things and anyone or more of them as fully as if such substitute and substitutes had been originally named herein.

5

(20)   To consent to any surgical or medical treatment or procedure which has been recommended by any doctor who, at the time, is acting as my physician.

(21)   To do and perform all matters and things, transact all business, make, execute and acknowledge all contracts, orders, deeds, releases, writings, assurances and instruments which may be requisite or proper to effectuate all or any of the premises, or any other matter or thing appertaining or belonging to me.

(22)   To do any and all other acts, similar or dissimilar to any of the above, in relation to my real or personal property or any part thereof, as fully and effectually in all respects as I myself could do if personally present and I hereby ratify and confirm everything which my said attorney shall do in the premises.

(23)   This Power of Attorney shall not be affected by my disability at any time in the future.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this 30th day of October A.D. ~~2011~~ 2019

6

## PENNSYLVANIA

I _Fatan Dawan_ have read the attached power of attorney and I am the person identified as the agent for the principal.  I hereby acknowledge that when I act as agent: I shall act in accordance with the principal's reasonable expectations to the extent actually known by me and, otherwise, in the principal's best interest, act in good faith and act only within the scope of authority granted to me by the principal in the power of attorney.

Dated: 10-30-19

_Fatan Dawon_
Signature of Agent

On this 30th day of Oct., A.D. 2019 before me , the subscriber, a Notary Public for the Commonwealth of Pennsylvania, residing in Pennsylvania personally appeared Fatan Dawara, who, I am satisfied is the party named in, and who executed the foregoing instrument, and acknowledged to me that She executed the same as Agent voluntary act and deed for the uses and purposes therein expressed; all of which is hereby certified.
      WITNESS my hand and Notarial Seal the day and year aforesaid.

NOTARY PUBLIC

My Commission expires:

Commonwealth of Pennsylvania - Notary Seal
ELIZABETH VIDRO - Notary Public
Philadelphia County
My Commission Expires Sep 29, 2022
Commission Number 1193145