# **EXHIBIT 10**

## Deed

**THIS INDENTURE**, made the 11th day of November, in the year Two Thousand Nineteen (2019)

**BETWEEN   Imad Dawara**

(hereinafter called the Grantor) of the one part,  and

**Imad Dawara, Abeer Naim**

(hereinafter called the Grantee) of the other part,

**WITNESSETH:**  That the said Grantor, for and in consideration of the sum of **One Dollar ($1.00)**  lawful money of the United States of America, unto, him well and truly paid by the said Grantee, at or before the sealing and delivery hereof, the receipt whereof is hereby acknowledged, has granted, bargained and sold, released, and confirmed, and by these presents does grant, bargain and sell, release, and confirm unto the said Grantee, their heirs and assigns, in fee simple.

**ALL THAT CERTAIN** lot or piece of ground situate in the Township of Ridley, County of Delaware, and Commonwealth of Pennsylvania, bounded and described as follows, to wit:

**SITUATE** on the Northeasterly side of Milmont Avenue (50 feet wide, said point being located South 8 degrees, 55 minutes West 100.00 feet from the Southwesterly corner of Milmont Avenue (40 feet wide); thence (1) in and along the said side of Milmont Avenue South 8 degrees, 55 minutes West 100.00 feet to a point; thence (2) along the former Northeasterly side of Sixth Avenue (40 feet wide) and lands now or formerly of Sandford Smith, North 81 degrees, 5 minutes West 530 (+ -) feet to a point; thence (3) extending North 19 degrees, 25 minutes, 20 seconds East 102 (+-) feet to a point, a corner of lands now or formerly of Carl E. Reese, et ux; thence (4) extending along the same South 81 degrees, 5 minutes East 513.55 (+-) feet to the first mentioned point and place of BEGINNING.

**BEING Folio No.** 38-05-00790-01

**BEING** known as Premises No. 1007 Milmont Avenue, Swarthmore, PA 19081.

**BEING** the same premises which Stone Facing, LLC, A Delaware Limited Liability Company, by Deed March 29, 2016 and recorded April 5, 2016 herewith in the Office of the Recorder of Deeds for Delaware County, granted and conveyed unto Imad Dawara, in fee.

**UNDER AND SUBJECT, NEVERTHELESS,** to all reservations, restrictions, covenants, conditions, easements, leases and rights of way appearing of record.

RD BK06446-0486                                          DT-DEED
2019075379      12/31/2019 09:56:09 AM:9
RCD FEE: $116.25



38-RIDLEY TWP $0.00                    **RECORDER OF DEEDS**

DELAWARE
COUNTY

**TOGETHER** with all and singular the buildings, improvements, ways, streets, alleys, driveways, passages, waters, water-courses, rights, liberties, privileges, hereditaments and appurtenances, whatsoever unto the hereby granted premises belonging, or in any way appertaining, and the reversions and remainders, rents, issues, and profits thereof; and all the estate, right, title, interest, property, claim and demand whatsoever of them, the said Grantor, as well at law as in equity, of, in and to the same.

**TO HAVE AND TO HOLD** the said lot or piece of ground described with the buildings and improvements thereon erected, hereditaments and premises hereby granted, or mentioned and intended so to be, with the appurtenances, unto the said Grantee, his heirs and assigns, to and for the only proper use and behoof of the said Grantee, his heirs and assigns forever, in fee simple.

**UNDER AND SUBJECT** as aforesaid.

**AND** the said Grantor, for his self, heirs, executors and administrators do covenant, promise and agree, to and with the said Grantee, his heirs and assigns, by these presents, that they, the said Grantor and his heirs, all and singular the hereditaments and premises hereby granted or mentioned and intended so to be, with the appurtenances, unto the said Grantee, his heirs and assigns, against them, the said Grantor and his heirs, and against all and every person and persons whomsoever lawfully claiming or to claim the same or any part thereof, by from or under him, her, them, or any of them, shall and will **SUBJECT** as aforesaid, **WARRANT and forever DEFEND.**

**Imad Dawara and Abeer Naim are husband and wife.**

Transfer tax exempt

**IN WITNESS WHEREOF,** the party of the first part have hereunto set their hands and seals. Dated the day and year first above written.

**SEALED AND DELIVERED**
IN THE PRESENCE OF US:

Witness

Witness

_____ {SEAL}
[GRANTOR]

**[STATE/COMMONWEALTH] OF [NAME OF STATE]**
**COUNTY OF [NAME OF COUNTY]**

On this, the _____ day of _____ , 20__ , before me, a Notary Public for the Commonwealth of Pennsylvania, the undersigned Officer, appeared Imad Dawara, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that he executed the same for the purposes therein contained.

I hereunder set my hand and official seal.

_____
Notary Public
{SEAL}

NOTARIAL SEAL
KIKU N. MEHTA, Notary Public
Philadelphia, Philadelphia Co., PA
My Commission Expires July 21, 2020

MY COMMISSION EXPIRES:

# D e e d

====================================

## Imad Dawara

### -TO-

## Imad Dawara, Abeer Naim

====================================

Premises:

1007 Milmont Avenue, Swarthmore, PA 19081

====================================

The address of the above-named Grantees is

1007 Milmont Avenue

Swarthmore, PA 19081

On behalf of the Grantees

Imad Dawara and Abeer Naim

Record and Return to:

Imad Dawara and Abeer Naim

1007 Milmont Avenue

Swarthmore, PA 19081

