# EXHIBIT 11

Prepared by and Return to:

Golden Title Agency, LLC
1818 Old Cuthbert Road
Suite 105
Cherry Hill, NJ 08034

File No. AB20-164R

UPI # 21-00-01772-00

RD BK06493-0368

2020018025    04/08/2020 02:00:05 PM:1

RCD FEE: $120.25

DT-DEED

21-GLENOLDEN $0.00    **RECORDER OF DEEDS**

DELAWARE
COUNTY

**This Deed**, made the __2__ day of __March__, 2020

**Between**

> **FATAN DAWARA**
>
> (hereinafter called the Grantor), of the one part, and
>
> **FATAN DAWARA AND HITHAM ALBAROUKI**
>
> (hereinafter called the Grantees), of the other part,

This deed is being recorded to add the Grantor's Husband, therefore is exempt.

**Witnesseth** that the said Grantor for and in consideration of the sum of One and 00/100 Dollars ($1.00) lawful money of the United States of America, unto them well and truly paid by the said Grantees, at or before the sealing and delivery hereof, the receipt whereof is hereby acknowledged, has remised, released and quit-claimed, and by these presents does remise, release and quit-claim unto the said Grantees, as tenants by the entirety, their heirs and assigns,

> **BEING** the same premises which William E Fields, by Deed dated March 17, 2016, and recorded March 21, 2016, in the Office of the Recorder of Deeds in and for the County of Delaware, Pennsylvania, as Instrument No. 2016013467, granted and conveyed unto Fatan Dawara, in fee.
>
> **ALL THAT CERTAIN** lot or piece of ground situate in Glenolden Borough, County of Delaware, Commonwealth of Pennsylvania.
>
> 132 South Scott Avenue, Glenolden, PA 19036

BEGINNING at the Northeast corner of Scott Avenue and Knowles Avenue; thence extending Northeastwardly and Northwesterly (erroneously set forth in prior Deeds as Northeasterly) side of Scott Avenue One hundred and Twenty-Five feet, more or less to ground now or late of Thomas A. Molimeaux; thence extending Northwestwardly along a line at right angles to said Scott Avenue One hundred and Fifty feet to a point to a point; thence extending Southwestwardly along a line parallel with Scott Avenue Ninety-Seven and Ninety-Two One hundredths feet to Knowles Avenue; thence Southeastwardly One hundred Fifty-Two feet and Forty-Two One hundredths of a foot, more or less, along said Knowles Avenue to the place of beginning.

BOUNDED on the North by ground now or late of Henry J. Scott on the East by ground now or late Thomas A. Molimeaux on the South by Scott Avenue and on the West by Knowles Avenue aforesaid.

Parcel #: 21-00-01772-00

**Under and Subject** to all conditions, covenants and restrictions of record.

**Together with** all and singular the tenements, hereditaments and appurtenances, thereunto belonging, or in any wise appertaining, and the reversions, remainders, rents, issues and profits thereof; and also, all the estate, right, title, interest, property, claim and demand whatsoever as well in law as in equity, of the said party of the first part, of, in, or to the above-described premises, and every part and parcel thereof, with the appurtenances.

**To have and to hold** the said lot or piece of ground described premises together with the appurtenances, unto the said Grantees, their heirs and assigns, forever.

**In Witness Whereof,** the party of the first part has hereunto set her hand and seal. Dated the day and year first above written.

**Sealed and Delivered
in the Presence of Us:**

_____

_____ {SEAL}
~~Dawara Fatan~~
Fatan Dawara

Commonwealth of ~~Pennsylvania~~ NJ } ss
County      Camden }

On this, the __2__ day of _March_____, 2020, before me, the undersigned Notary Public, personally appeared ~~Dawara Fatan~~, known to me (or satisfactorily proven) to be the person

Fatan Dawara.

2

whose name is subscribed to the within instrument, and acknowledged that she executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

_____
Notary Public
My commission expires _____

The precise residence and the complete post office address of the above-named Grantees is:

132 S Scott Ave
Glenolden  PA  19036

_____
On behalf of the Grantees

Anthony Barg
Notary Public
New Jersey
My Commission Expires 12-14-2022
No. 2427915

3

# 𝔇𝔢𝔢𝔡

UPI # 21-00-01772-00

Fatan Dawara

TO

Fatan Dawara  and Hitham Albarouki

1818 Old Cuthbert Road
Suite 105
Cherry Hill, NJ 08034

**pennsylvania** DEPARTMENT OF REVENUE (EX) MOD 04-19 (FI)

1830019105

| RECORDER'S USE ONLY |
| --- |
| State Tax Paid: 0 |
| Book: 6493 Page: 368 |
| Instrument Number: 2020 018025 |
| Date Recorded: 4/8/20 |

# REV-183

BUREAU OF INDIVIDUAL TAXES
PO BOX 280603
HARRISBURG, PA 17128-0603

**REALTY TRANSFER TAX STATEMENT OF VALUE**

COMPLETE EACH SECTION

## SECTION I    TRANSFER DATA

Date of Acceptance of Document
03/02/2020

| Grantor(s)/Lessor(s) Fatan Dawara | Telephone Number (856) 427-7999 | Grantee(s)/Lessee(s) Fatan Dawara, Hitham Albarouki | Telephone Number (856) 427-7999 |
| --- | --- | --- | --- |
| Mailing Address 132 South Scott Avenue | | Mailing Address 132 South Scott Avenue | |

| City Glenolden | State PA | ZIP Code 19036 | City Glenolden | State PA | ZIP Code 19036 |
| --- | --- | --- | --- | --- | --- |

## SECTION II    REAL ESTATE LOCATION

| Street Address 132 South Scott Avenue | City, Township, Borough Glenolden Borough |
| --- | --- |

| County Delaware | School District INTERBORO S D | Tax Parcel Number 21-00-01772-00 |
| --- | --- | --- |

## SECTION III    VALUATION DATA

Was transaction part of an assignment or relocation?  ☐ YES  ● NO

| 1. Actual Cash Consideration 1.00 | 2. Other Consideration + 0.00 | 3. Total Consideration = 1.00 |
| --- | --- | --- |
| 4. County Assessed Value 136,780.00 | 5. Common Level Ratio Factor x 1.77 | 6. Computed Value = 242,100.60 |

## SECTION IV    EXEMPTION DATA - Refer to instructions for exemption status.

| 1a. Amount of Exemption Claimed $ 242,100.60 | 1b. Percentage of Grantor's Interest in Real Estate 100 % | 1c. Percentage of Grantor's Interest Conveyed 100 % |
| --- | --- | --- |

**2. Check Appropriate Box Below for Exemption Claimed.**

☐ Will or intestate succession. _____
   (Name of Decedent)                    (Estate File Number)

☐ Transfer to a trust. (Attach complete copy of trust agreement and all amendments.)

☐ Transfer from a trust. (Attach complete copy of trust agreement and all amendments.)

☐ Transfer between principal and agent/straw party. (Attach complete copy of agency/straw party agreement.)

☐ Transfers to the commonwealth, the U.S. and instrumentalities by gift, dedication, condemnation or in lieu of condemnation. (If condemnation or in lieu of condemnation, attach copy of resolution.)

☐ Transfer from mortgagor to a holder of a mortgage in default. (Attach copy of mortgage and note/assignment.)

☐ Corrective or confirmatory deed. (Attach complete copy of the deed to be corrected or confirmed.)

☐ Statutory corporate consolidation, merger or division. (Attach copy of articles.)

● Other (Provide a detailed explanation of exemption claimed. If more space is needed attach additional sheets.)

  This deed is being recorded to add the Grantor's Husband, therefore is exempt.

## SECTION V    CORRESPONDENT INFORMATION - All inquiries may be directed to the following person:

| Name Golden Land Transfer, LLC | Telephone Number (856) 427-7999 |
| --- | --- |

| Mailing Address 1818 Old Cuthbert Road | City Cherry Hill | State NJ | ZIP Code 08034 |
| --- | --- | --- | --- |

Under penalties of law, I declare that I have examined this statement, including accompanying information, and to the best of my knowledge and belief, it is true, correct and complete.

| Signature of Correspondent or Responsible Party | Date 03/02/2020 |
| --- | --- |

**FAILURE TO COMPLETE THIS FORM PROPERLY OR ATTACH REQUESTED DOCUMENTATION MAY RESULT IN THE RECORDER'S REFUSAL TO RECORD THE DEED.**



1830019105                    1830019105

**PAGE 1**