# **EXHIBIT 12**

**From:** Thomas Kenny
**To:** Gary Seitz
**Cc:** Eileen Burns
**Subject:** [CMID#1274008216] Fresher vs. Dawara, et al
**Date:** Friday, May 21, 2021 12:23:27 PM

Good afternoon Gary. I have gained the clients' consent to withdraw our counterclaims in our litigation. If you want to memorialize in a filing, please send over your draft. As to Judgment, we can also agree to some type of stipulated Judgment with the proviso that your client cannot "double-dip". I am sending out correspondence today to my clients' criminal counsel for any specifics to the 21 million dollar restitution order that will be accompanying the Judgment of sentence.

Tom.

Very truly yours,

Thomas D. Kenny, Esquire

KENNY, BURNS & McGILL ¦ 1500 JOHN F. KENNEDY BLVD., SUITE 520 ¦ PHILADELPHIA, PA 19102
MAIN: 215-423-5500 ¦ DIRECT: 215-266-8544 ¦ FACSIMILE : 215-231-9847 ¦ WWW.KENNYBURNSMCGILL.COM
INSTAGRAM: @KENNYBURNSMCGILL ¦FACEBOOK: FACEBOOK.COM/KENNYBURNSMCGILL

**CONFIDENTIALITY NOTICE:** The material in this electronic transmission is either private, confidential, attorney privileged or constitutes work product, and is intended only for the use of the individual(s) named above. If you are not the intended recipient, be advised that unauthorized use, disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone or return electronic transmission.