IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHESTNUT STREET CONSOLIDATED, LLC** | : : : : | **CIVIL ACTION** |
| v. | : : : | |
| **BAHAA DAWARA, et al** | : : : | NO.: 21-cv-03046 |

**O R D E R**

**AND NOW**, this **16TH** day of **JULY 2021**, in accordance with the court's procedure for assignment of a United States Magistrate Judge to certain District Court Judges on a rotating basis, it is hereby,

**ORDERED** the United States Magistrate Judge assigned to the above captioned case is the Honorable Elizabeth T. Hey.

FOR THE COURT:

JUAN R. SÁNCHEZ
Chief Judge

ATTEST:

*Kate Barkman*
_____
**KATE BARKMAN**
Clerk of Court