AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

CHESTNUT STREET CONSOLIDATED, LLC )
Plaintiff(s) )
 )
v. )  Civil Action No.   21-3046
 )
BAHAA DAWARA; IMAD DAWARA; FATAN )
DAWARA also known as FATEN DAWARA; )
MAISAA DAWARA; MIRVAT DAWARA; ABEER )
NAIM; HITHAM ALBAROUKI also known as )
HAITHAM ALBAROUKI; DOE INDIVIDUALS (1- )
10) AND DOE ENTITIES (1-10) )
Defendant(s)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Mirvat Dawara
407 Seminole Street
Lester, PA 19029

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
GARY FRANCIS SEITZ
Gellert Scali Busenkell & Brown LLC
Philadelphia Office 8 Penn Center
1628 John F. Kennedy Blvd - Suite 1901
PHILADELPHIA, PA 19103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:  7/15/2021           s/*Brian J. Weissman*
Signature of Clerk or Deputy Clerk

Kate Barkman, Clerk of Court
U.S. District Court, Eastern District of PA

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 21-3046.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons, complaint, ex parte motion & order for *(name of individual and title, if any)* **Mirat Dawara** was received by me on **7/20/2021**.

[ **X** ] I personally served the summons, complaint, ex parte motion & order on the individual at *(place)* **407 Seminole Street, Lester, PA 19029** on *(date)* **7/21/2021** at **2:59 p.m.**; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

[ ] I served the summons *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

[ ] I returned the summons unexecuted because _____; or

[ ] Other *(specify)*:

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: **7/22/2021**

*Server's signature*

**Kevin J. O'Rourke**, Special Process Server

O'Rourke Investigative Associates, Inc.
1225 North King Street, Suite 400
P. O. Box 368
Wilmington, DE 19899-0368

Additional information regarding attempted service, etc: