**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **CHESTNUT STREET** : | CIVIL ACTION NO.  2:21-cv-03046-ER |
| **CONSOLIDATED, LLC,** : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| **BAHAA DAWARA, et al.** : | |
| : | |
| Defendants. : | |
| _____: | |

**CERTIFICATE OF SERVICE**

I, Gary F. Seitz, a partner of Gellert Scali Busenkell & Brown, LLC, counsel to the above-captioned Plaintiff, certify that on the dates set forth below, I caused true and correct copies of the following document to be served upon known state court defense counsel for Imad and Bahaa Dawara [Thomas Kenny, Esquire and Elizabeth Burns, Esquire] by email transmission:

- **Summons, Complaint, Ex Parte Motion for Freezing injunction, and Temporary Order [D.I. 1, 3, 5 emailed on July 20, 2021].**

- **Notice of Show Cause Hearing [D.I. 7, Filed July 21, 2021, emailed on July 21, 2021].**

Dated: July 27, 2021

/s/ Gary F. Seitz
Gary F. Seitz
GELLERT SCALI BUSENKELL & BROWN, LLC
8 Penn Center, 1628 JFK, Blvd, Ste 1901
Philadelphia, PA 19103
215-238-0011
gseitz@gsbblaw.com