UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHESTNUT STREET CONSOLIDATED, LLC,** | : | CIVIL ACTION NO. 2:21-cv-03046-ER |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **BAHAA DAWARA, et al.** | : | |
| | : | |
| Defendants. | : | |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE   :
                    : SS:
NEW CASTLE COUNTY   :

I, Ashley P. Gollmann, being duly sworn according to law, depose and say that I am employed by Gellert Scali Busenkell & Brown, LLC, counsel to the above-captioned Plaintiff and that on July 21, 2021, I caused true and correct copies of the following document to be served upon the parties on the service list attached hereto as <u>Exhibit A</u>, in the manner indicated:

- **Notice of Show Cause Hearing [D.I. 7, Filed July 21, 2021].**

Dated: July 27, 2021

Ashley Gollmann, Paralegal
GELLERT SCALI BUSENKELL & BROWN, LLC
1201 North Orange Street, Suite 300
Wilmington, DE 19801

Sworn to and subscribed before me
This 27th day of July, 2021

_____
Notary Public

[Notary Seal: MICHELLE C. MOORE, MY COMMISSION EXPIRES AUGUST 12, 2021, NOTARY PUBLIC, STATE OF DELAWARE]

**Via Overnight Fedex**

| | |
|---|---|
| Fatan Dawara<br>a/k/a Faten Dawara<br>19 Ridge Avenue<br>Norwood PA 19074 | Maisaa Dawara<br>305 Seminole Street<br>Lester, PA 19029 |
| Mirvat Dawara<br>407 Seminole Street<br>Lester, PA 19029 | Abeer Naim<br>1007 Milmont Avenue<br>Swarthmore, PA 19081 |
| Hitham Albarouki<br>a/k/a Haitham Alarouki<br>132 South Scott Avenue<br>Glenolden, PA 19036 | |

**Via USPS Priority**

| | |
|---|---|
| Bahaa Dawara<br>Register Number: 69940-066<br>FCI FORT DIX<br>FEDERAL CORRECTIONAL INSTITUTION<br>P.O. BOX 2000<br>JOINT BASE MDL, NJ 08640 | Imad Dawara<br>Register Number: 69939-066<br>FCI FORT DIX<br>FEDERAL CORRECTIONAL INSTITUTION<br>P.O. BOX 2000<br>JOINT BASE MDL, NJ 08640 |