# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHESTNUT STREET CONSOLIDATED, LLC,** | : | CIVIL ACTION NO. 2:21-cv-03046-ER |
| Plaintiff, | : | |
| v. | : | |
| **BAHAA DAWARA, et al.** | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, Gary F. Seitz, a partner of Gellert Scali Busenkell & Brown, LLC, counsel to the above-captioned Plaintiff, certify that on the dates set forth below, I caused true and correct copies of the below listed documents addressed to Imad Dawara and Bahaa Dawara to be emailed and faxed on July 20, 2021 to:

```
Executive Assistant/Camp Administrator
Public Information Officer
Federal Correctional Institution
Fort Dix, New Jersey
```

who acknowledged receipt and responded on July 23 and 27, 2021 that the request was sent to their "Unit Team".

In addition, copies of the below listed documents addressed to Imad Dawara and Bahaa Dawara were mailed by regular and USPS Priority mail on July 20, 2021to:

Bahaa Dawara
Register Number: 69940-066
FCI FORT DIX
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 2000
JOINT BASE MDL, NJ 08640

Imad Dawara
Register Number: 69939-066
FCI FORT DIX
FEDERAL CORRECTIONAL INSTITUTION

P.O. BOX 2000
JOINT BASE MDL, NJ 08640

The documents:

- **Summons**
- **Complaint**
- **Ex Parte Motion for Freezing injunction**
- **Temporary Order**

Dated: July 27, 2021               __/s/ Gary F. Seitz_____
                                   Gary F. Seitz
                                   GELLERT SCALI BUSENKELL & BROWN, LLC
                                   8 Penn Center, 1628 JFK, Blvd, Ste 1901
                                   Philadelphia, PA 19103
                                   215-238-0011
                                   gseitz@gsbblaw.com