AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| CHESTNUT STREET CONSOLIDATED, LLC<br>*Plaintiff(s)*<br>v.<br>BAHAA DAWARA; IMAD DAWARA; FATAN DAWARA also known as FATEN DAWARA; MAISAA DAWARA; MIRVAT DAWARA; ABEER NAIM; HITHAM ALBAROUKI also known as HAITHAM ALBAROUKI; DOE INDIVIDUALS (1-10) AND DOE ENTITIES (1-10)<br>*Defendant(s)* | Civil Action No. 21-3046 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Fatan Dawara
aka Faten Dawara
19 Ridge Avenue
Norwood, PA 19074

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
GARY FRANCIS SEITZ
Gellert Scali Busenkell & Brown LLC
Philadelphia Office 8 Penn Center
1628 John F. Kennedy Blvd - Suite 1901
PHILADELPHIA, PA 19103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 7/15/2021

*s/Brian J. Weissman*
*Signature of Clerk or Deputy Clerk*

Kate Barkman, Clerk of Court
U.S. District Court, Eastern District of PA

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 21-3046.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons, complaint, ex parte motion & order for *(name of individual and title, if any)* **Fatan Dawara a/k/a Faten Dawara** was received by me on **7/20/2021.**

[ ] I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

[ X ] I left the summons, complaint, ex parte motion & order at the individual's residence or usual place of abode with *(name)* **Hitham Albarouki, co-tenant,** a person of suitable age and discretion who resides at ***NEW ADDRESS: 132 South Scott Avenue, Glenolden, PA 19036**, on *(date)* **7/26/2021** at **12:42 p.m.**; or

[ ] I served the summons *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ _____ on *(date)* _____; or

[ ] I returned the summons unexecuted because _____; or

[ ] Other *(specify)*:

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: **7/27/2021**

*Server's signature*
**Kevin J. O'Rourke**, Special Process Server

O'Rourke Investigative Associates, Inc.
1225 North King Street, Suite 400
P. O. Box 368
Wilmington, DE 19899-0368

Additional information regarding attempted service, etc: