UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHESTNUT STREET CONSOLIDATED, LLC,** | : CIVIL ACTION NO. 2:21-cv-03046-ER |
| Plaintiff, | |
| v. | |
| **BAHAA DAWARA, et al.** | |
| Defendants. | |

**AFFIDAVIT OF SERVICE**

STATE OF DELAWARE     :
                                         : SS:
NEW CASTLE COUNTY  :

I, Ashley P. Gollmann, being duly sworn according to law, depose and say that I am employed by Gellert Scali Busenkell & Brown, LLC, counsel to the above-captioned Plaintiff and that on July 22, 2021, I caused true and correct copies of the following documents to be served upon the parties on the service list attached hereto as <u>Exhibit A</u>, via priority USPS mail.

- Summons, Complaint, Ex Parte Motion for Freezing Injunction, and Temporary Order [D.I. 1, 3, 5].

Dated: July 29, 2021

_____
Ashley Gollmann, Paralegal
GELLERT SCALI BUSENKELL & BROWN, LLC
1201 North Orange Street, Suite 300
Wilmington, DE 19801

Sworn to and subscribed before me
This 29th day of July, 2021

_____
Notary Public

[Notary Seal: RICHARD C. BENNETT JR., NOTARY PUBLIC, STATE OF DELAWARE, MY COMMISSION EXPIRES JANUARY 12, 2022]

## **EXHIBIT A**

Bahaa Dawara
Register Number: 69940-066
FCI FORT DIX
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 2000
JOINT BASE MDL, NJ 08640

Imad Dawara
Register Number: 69939-066
FCI FORT DIX
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 2000
JOINT BASE MDL, NJ 08640

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| CHESTNUT STREET CONSOLIDATED, LLC <br> *Plaintiff(s)* <br> v. <br> BAHAA DAWARA; IMAD DAWARA; FATAN DAWARA also known as FATEN DAWARA; MAISAA DAWARA; MIRVAT DAWARA; ABEER NAIM; HITHAM ALBAROUKI also known as HAITHAM ALBAROUKI; DOE INDIVIDUALS (1-10) AND DOE ENTITIES (1-10) <br> *Defendant(s)* | Civil Action No. 21-3046 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Bahaa Dawara
Register Number: 69940-066
FCI FORT DIX
5756 HARTFORD & POINTVILLE RD
JOINT BASE MDL, NJ 08640

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
GARY FRANCIS SEITZ
Gellert Scali Busenkell & Brown LLC
Philadelphia Office 8 Penn Center
1628 John F. Kennedy Blvd - Suite 1901
PHILADELPHIA, PA 19103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:   7/15/2021                                              s/*Brian J. Weissman*
                                                                *Signature of Clerk or Deputy Clerk*

Kate Barkman, Clerk of Court
U.S. District Court, Eastern District of PA

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   21-3046

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____                              _____
                                                   *Server's signature*

                                                   _____
                                                   *Printed name and title*

                                                   _____
                                                   *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| CHESTNUT STREET CONSOLIDATED, LLC <br> *Plaintiff(s)* <br> v. <br> BAHAA DAWARA; IMAD DAWARA; FATAN DAWARA also known as FATEN DAWARA; MAISAA DAWARA; MIRVAT DAWARA; ABEER NAIM; HITHAM ALBAROUKI also known as HAITHAM ALBAROUKI; DOE INDIVIDUALS (1-10) AND DOE ENTITIES (1-10) <br> *Defendant(s)* | Civil Action No.   21-3046 |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Imad Dawara
Register Number: 69939-066
FCI FORT DIX
5756 HARTFORD & POINTVILLE RD
JOINT BASE MDL, NJ  08640

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
GARY FRANCIS SEITZ
Gellert Scali Busenkell & Brown LLC
Philadelphia Office 8 Penn Center
1628 John F. Kennedy Blvd - Suite 1901
PHILADELPHIA, PA 19103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  7/15/2021

*s/Brian J. Weissman*
*Signature of Clerk or Deputy Clerk*

Kate Barkman, Clerk of Court
U.S. District Court, Eastern District of PA

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    21-3046

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: