## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHESTNUT STREET CONSOLIDATED, LLC | : : : | |
| Plaintiff, | : : | CIVIL ACTION |
| v. | : : | No. 2:21-cv-03046-ER |
| BAHAA DAWARA, et al. | : : | |
| Defendants. | : | |

### MOTION OF DEFENDANTS TO DISMISS PLAINTIFF'S COMPLAINT

Defendants Bahaa Dawara and Imad Dawara, by and through their attorneys, Kenny, Burns & McGill, respectfully moves this Court pursuant to Rule 12(b)(1) and Rule 12(b)(5) of the Federal Rules of Civil Procedure for an appropriate Order dismissing Plaintiff's Complaint with prejudice. In support of this Motion, Defendants incorporate the attached Memorandum of Law.

Respectfully submitted,

**KENNY, BURNS & MCGILL**

Dated: August 2, 2021        By:   /s/ *Thomas D. Kenny*
                                   Thomas D. Kenny, Esquire
                                   Identification Number 77611
                                   Eileen T. Burns, Esquire
                                   Identification Number 80404
                                   1500 John F. Kennedy Boulevard
                                   Suite 520
                                   Philadelphia, Pennsylvania 19102
                                   filings@kennyburnsmcgill.com
                                   215-423-5500
                                   Attorneys for Defendants
                                   Bahaa Dawara
                                   Imad Dawara