## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHESTNUT STREET CONSOLIDATED, LLC | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | No. 2:21-cv-03046-ER |
| | : | |
| BAHAA DAWARA, et al. | : | |
| | : | |
| Defendants. | : | |

### [PROPOSED] ORDER

AND NOW, this ___ day of _____, 2021, upon consideration of the Motion of Defendants Bahaa Dawara and Imad Dawara to Dismiss Plaintiff's Complaint, ECF No. 1, and Plaintiff's response thereto, it is hereby ORDERED and DECREED that the Motion is GRANTED.  Plaintiff's Complaint is hereby dismissed with prejudice.

**BY THE COURT:**

_____
**U.S.D.J.**