# EXHIBIT C

RECEIVED

**THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY**
**FIRST JUDICIAL DISTRICT OF PENNSYLVANIA**
**CIVIL TRIAL DIVISION**

OCT 19 2020
S. HARVEY, JR.
CIVIL TRIAL DIVISION

| | | |
|---|---|---|
| FRESHER START, INC., DAVID CIURLINO, STEVEN GELBART, and CHESTNUT STREET CONSOLIDATED, LLC, | : : : : : | NOVEMBER TERM 2019 |
| Plaintiffs, | : : | DOCKETED |
| v. | : : | OCT 20 2020 |
| | : | No. 3370 |
| RCL MANAGEMENT, LLC, IMAD DAWARA, BAHAA DAWARA, DOE INDIVIDUALS 1-10 and DOE ENTITIES 1-10, | : : : : : | R. POSTELL COMMERCE PROGRAM |
| | : | Commerce Program |
| | : : | Control Number 19120606 |

**ORDER**

And now, this 19th day of October, 2020, it is hereby **ORDERED** as follows:

Plaintiffs' petition for injunctive relief is DENIED.[1]

BY THE COURT:

_____
NINA W. PADILLA, J.

Fresher Start Inc Etal -ORDER



19110337000051

---

[1] Plaintiffs have not demonstrated a risk of immediate and irreparable harm sufficient for the Court to grant a preliminary injunction. "A preliminary injunction is an extraordinary remedy available only where the party seeking it establishes that; 1) it is necessary to prevent immediate and irreparable harm not compensable in damages, 2) greater harm would result from denying it than from granting it, 3) the right to it is clear and 4) the status quo would be restored if it was granted." Pennsylvania Interscholastic Athletic Ass'n, Inc. v. Greater Johnstown Sch. Dist., 76 Pa. Cmwlth. 65, 71–72, 463 A.2d 1198, 1201 (1983). Individual Defendants are in federal pre-trial detention, and are therefore highly unlikely to be flight risks. Moreover, the harm alleged by Plaintiffs is clearly compensable by money damages. Additionally, the requested injunction would not restore the status quo. Accordingly, the petition is denied.