```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHESTNUT STREET CONSOLIDATED,  :    CIVIL ACTION
LLC,                           :
                               :    NO. 21-3046
          Plaintiff,           :
     v.                        :
                               :
BAHAA DAWARA, et al,           :
                               :
          Defendants.          :
```

## FIRST SCHEDULING ORDER

**AND NOW,** on this **2nd** day of **August, 2021,** after a hearing with all parties present through counsel or pro se, it is hereby **ORDERED** that Defendants shall be permitted to take limited discovery with respect to this Court's subject matter jurisdiction. Discovery shall proceed as follows:

1. Defendants shall be permitted to take limited discovery on this Court's subject matter jurisdiction until **August 6, 2021** by **5:00 P.M.**

2. Plaintiff shall file a supplemental memorandum of law supported by affidavit(s) and other evidence relating to this Court's lack of subject matter jurisdiction by **August 9, 2021** at **12:00 P.M.**

3. Defendants shall file a response by **August 12, 2021** at **12:00 P.M.**[1]

4. A hearing on Plaintiff's request for a preliminary injunction shall take place on **August 16, 2021** at **2:00 P.M.** in **Courtroom 15A** or such other courtroom as may be designated on that day.

5. No other discovery shall be permitted by any party.

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**

---

[1] To the extent that the deadlines in this order differ from the deadlines set forth during the hearing, the deadlines in this written order shall control.