```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| CHESTNUT STREET CONSOLIDATED, LLC, | : : : | CIVIL ACTION<br>NO. 21-3046 |
| Plaintiff, | : | |
| v. | : : | |
| BAHAA DAWARA, et al, | : : | |
| Defendants. | : | |

### ORDER

**AND NOW,** on this **4th** day of **August, 2021,** it is hereby **ORDERED** that the transcript of the hearing held on July 19, 2021 in this action shall be unsealed and docketed. It is further **ORDERED** that the remaining docketed entries in this action shall be unsealed.[1]

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**

---

[1] It is no longer necessary to maintain this action under seal. Defendants have entered appearances in this action and a temporary restraining order is currently in place.