```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| CHESTNUT STREET CONSOLIDATED, LLC, | : | CIVIL ACTION |
| | : | |
| | : | NO. 21-3046 |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| BAHAA DAWARA, et al, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW,** on this **16th** day of **August, 2021,** after a hearing with all parties present through counsel or pro se, it is hereby **ORDERED** that the temporary restraining order entered by this Court on July 19, 2021 shall be extended for good cause and to maintain the status quo for **30 days** until **September 15, 2021** in accordance with Fed. R. Civ. P. 65(b). The extension of the temporary restraining order shall apply with full force and effect to the following properties:(1) 19 Ridgeway Ave Norwood, PA 19074; (2) 305 Seminole St Essington, PA 19029; and (3) 407 Seminole St. Essington, PA 19029.

It is further **ORDERED** that Plaintiff's motion to compel is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Plaintiff shall provide answers through written discovery and produce documents in response to the following questions by **August 23, 2021:**

   a. How did converting Chestnut Street Consolidated, LLC ("CSC") to a Delaware limited liability company ("LLC") aid to minimize CSC's tax liability?

   b. How did converting CSC to a Delaware LLC lower the business's operational costs?

   c. How did converting CSC to a Delaware LLC allow CSC a greater freedom of operations, anonymity of ownership, and control over the LLC?

   d. What benefits did CSC obtain under Delaware law by converting its status to a Delaware LLC?

   e. What, if any other, benefits did CSC's initial members seek to obtain by assigning their interests to the Delaware corporations Chestnut Street Connected and Chestnut Street Combined?

   f. Why was CSC converted to a Delaware LLC one week before filing the present action in federal court?

2. Following the production of the aforesaid discovery, Plaintiff shall produce deponent(s) pursuant to Federal Rule of Civil Procedure 30(b)(6) to testify by way of deposition by **August 30, 2021.**

3. Following the deposition of any witnesses, Plaintiff shall file a supplemental brief based upon facts

produced during the course of discovery that discusses the issues of whether there is diversity of citizenship and whether jurisdiction was artificially manufactured for the purposes of bringing this action in federal court by **September 7, 2021.**

4. Defendants shall file a response to Plaintiff's supplemental brief by **September 14, 2021.**

5. Following the completion of fact discovery, the Court will fix a date for a supplemental hearing on the issue of subject matter jurisdiction.

**AND IT IS SO ORDERED.**

/s/ *Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**