```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| CHESTNUT STREET CONSOLIDATED, LLC, | : : : | CIVIL ACTION NO. 21-3046 |
| Plaintiff, | : | |
| v. | : : | |
| BAHAA DAWARA, et al, | : : | |
| Defendants. | : | |

### ORDER

**AND NOW**, on this **1st** day of **September, 2021**, it is hereby **ORDERED** that a hearing on Defendant's pending motion to dismiss and Plaintiff's request for preliminary injunction is scheduled for **October 19, 2021** at **10:00 A.M.** in **Courtroom 15A.**

Because the parties' supplemental briefing on the issue of the motion to dismiss is not due until September 14, 2021, the temporary restraining order entered by this Court on July 19, 2021 shall be extended for good cause so that the Court may have time to consider the complex issues related to the motion to dismiss. As the temporary restraining order only applies to real estate, there is no evidence that either party will be prejudiced. Accordingly, it is further **ORDERED** that the temporary restraining order shall be extended for good cause until **October 19, 2021.** The extension of the temporary restraining order shall apply with full force and effect to the following properties:(1) 19 Ridgeway Ave Norwood, PA 19074; (2)

305 Seminole St Essington, PA 19029; and (3) 407 Seminole St. Essington, PA 19029.

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**