IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHESTNUT STREET CONSOLIDATED, LLC, | : CIVIL ACTION |
| | : |
| | : NO. 21-3046 |
| Plaintiff, | : |
| v. | : |
| | : |
| BAHAA DAWARA, et al, | : |
| | : |
| Defendants. | : |

**ORDER**

**AND NOW**, this **12th** day of **November, 2021**, upon consideration of Defendant Bahaa and Imad Dawara's Motion to Dismiss [ECF No. 20], the responses, reply, and supplemental briefings thereto, and following two hearings on the record, it is hereby **ORDERED**, for the reasons set forth in the accompanying memorandum, that the Motion to Dismiss is **DENIED**. It is further **ORDERED** that Defendants Hitham Albarouki, Fatan Dawara, Maisaa Dawara, Mirvat Dawara, and Abeer Naim's Motion to Join the Motion to Dismiss [ECF No. 52] is **DENIED as moot.**

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**