**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CHESTNUT STREET CONSOLIDATED, LLC | : |
| v. | :No.: 21-CV-03046(ER) |
| BAHAA DAWARA | : |
| And | : |
| IMAD DAWARA | : |
| And | : |
| FATAN DAWARA a/k/a FATEN DAWARA | : |
| And | : |
| MAISAA DAWARA | : |
| And | : |
| MIRVAT DAWARA | : |
| And | : |
| ABEER NAIM | : |
| And | : |
| HITHAM ALBAROUKI a/k/a HAITHAM ALBAROUKI | : |
| And | : |
| DOE INDIVIDUALS (1-10), | : |
| And | : |
| DOE ENTITIES (1-10) | : |
| Defendants. | |

## NOTICE OF APPEAL

**TO THE CLERK'S OFFICE:**

Notice is hereby given that Defendants, Fatan Dawara a/k/a Faten Dawara, Maisaa Dawara, Mirvat Dawara, Abeer Naim and Hitham Albarouki a/k/a Haitham Albarouki, in the above-named case, hereby appeal to the United States Court of Appeals for the Third Circuit from the Order entering judgment in favor of Plaintiff and against Defendants on Count I of Plaintiff's Complaint of the Honorable Eduardo Robreno, U.S.D.J., entered in this action on August 3, 2022.  (D.E. 137) and the judgment entered in this action on August 3, 2022 (D.E. 138).

Notice is hereby given that Defendants, Fatan Dawara a/k/a Faten Dawara, Maisaa Dawara, Mirvat Dawara, Abeer Naim and Hitham Albarouki a/k/a Haitham Albarouki, in the above-named case, hereby appeal to the United States Court of Appeals for the Third Circuit from the Order denying the Motion to Dismiss, of the Honorable Eduardo Robreno, U.S.D.J., entered in this action on November 12, 2021.  (D.E. 60).

Respectfully submitted,

**LAW OFFICES OF JONATHAN J. SOBEL**

s/JONATHAN J. SOBEL, ESQ.
1500 Walnut Street, Suite 2000
Philadelphia, PA  19102
(215) 735 7535
(215) 735 7539
Mate89@aol.com

Attorney for Defendants

Date:   August 30, 2022

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHESTNUT STREET CONSOLIDATED, LLC | : |
| v. | : No.: 21-CV-03046(ER) |
| BAHAA DAWARA | : |
| And | : |
| IMAD DWARA | : |
| And | : |
| FATAN DAWARA a/k/a FATEN DAWARA | : |
| And | : |
| MAISAA DAWARA | : |
| And | : |
| MIRVAT DAWARA | : |
| And | : |
| ABEER NAIM | : |
| And | : |
| HITHAM ALBAROUKI a/k/a HAITHAM ALBAROUKI | : |
| And | : |
| DOE INDIVIDUALS (1-10), | : |
| And | : |
| DOE ENTITIES (1-10) | : |
| Defendants. | |

**PROOF OF FILING / SERVICE**

I, JONATHAN J. SOBEL, ESQUIRE, attorney for Defendants, hereby certify that I am duly authorized to make this certification; that on August 29, 2022, I electronically filed the Notice of Appeal and caused it to electronically mailed, addressed as follows:

Gary Seitz, Esquire
**GELLERT, SCALI, BUSENKELL & BROWN, LLC**
1628 John F. Kennedy Blvd., Suite 1901
Philadelphia, PA. 19103

*Attorney for Plaintiff*

Thomas Kenny, Esquire
**KENNY, BURNS & MCGILL**
1500 John F. Kennedy Blvd., Suite 520
Philadelphia, PA. 19102

*Attorney for Defendants, Bahaa Dawara, Imad Dawara*

Respectfully submitted,

**LAW OFFICES OF JONATHAN J. SOBEL**

s/JONATHAN J. SOBEL, ESQ.
1500 Walnut Street, Suite 2000
Philadelphia, PA  19102
(215) 735 7535
(215) 735 7539
Mate89@aol.com

Attorney for Defendants

Date:   August 30, 2022