# **EXHIBIT 1**

# Gary Seitz

| | |
|---|---|
| **From:** | Gary Seitz |
| **Sent:** | Wednesday, August 17, 2022 6:14 PM |
| **To:** | mate89_aol.com; 'Thomas Kenny' |
| **Cc:** | Andrew Mogilyansky |
| **Subject:** | CSC v. Dawara |
| **Attachments:** | Deed 407 Seminole FINAL.docx; Deed 19 Ridgeway FINAL.docx; Deed 305 Seminole FINAL.docx |

Further to the court's judgment, attached are three deeds drafted to undo the avoided transfers. Please provide your clients' notarized signatures of as soon as possible but not later than August 31, 2022.



**Gary F. Seitz, Chapter 7 Trustee**
**Gellert Scali Busenkell & Brown, LLC, Member**
**National Assn of Bankruptcy Trustees, President Elect**

gseitz@gsbblaw.com | P: 215-238-0011 |

**1628 John F. Kennedy Blvd, Ste 1901, 8 Penn Center**
**Philadelphia, PA 19103**
**1201 N. Orange Street, Ste 300**
**Wilmington, DE 19801**
GSBBlaw.com || V-Card