IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHESTNUT STREET CONSOLIDATED, LLC, | : : : | CIVIL ACTION NO. 21-3046 |
| Plaintiff, | : | |
| v. | : : | |
| BAHAA DAWARA, et al, | : : | |
| Defendants. | : | |

### ORDER

**AND NOW**, this **1st** day of **November, 2022**, it is hereby **ORDERED** that an in-person hearing shall be held on **November 9, 2022, at 11:00 AM**, in Courtroom 15A, United States Courthouse, 601 Market St., Philadelphia, Pennsylvania, to consider Plaintiff's Motion to Enforce Order and Hold Certain Defendants in Contempt (ECF No. 141), Defendants' Response in Opposition (ECF No. 146), and Defendants' Motion to Stay Enforcement (ECF No. 147).

**AND IT IS SO ORDERED.**

*Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**