### SUMMARY OF KNOWN TRANSFERS AS OF DATE OF THE COMPLAINT

| Ex[1] | Property / Parcel ID | Value | Transfers |
|---|---|---|---|
| 1 | 19 Ridgeway Ave<br>Norwood, PA 19074<br>31-00-01187-00 | 350,600 | 11/2019: Bahaa Dawara => Bahaa Dawara & Faten Dawara<br>*Bahaa Dawara and Faten (Fatan) Dawara are siblings |
| 2 | 305 Seminole St<br>Essington, PA 19029<br>45-00-01849-00 | 240,800 | 11/2019: Imad Dawara => Imad Dawara & Maisaa Dawara<br>03/2021: Imad Dawara & Maisaa Dawara => Maisaa Dawara<br>*Imad Dawara and Maisaa Dawara are siblings |
| 3 | 407 Seminole St<br>Essington, PA 19029<br>45-00-01841-00<br>45-00-01841-01 | 222,200 | 11/2019: Imad Dawara => Imad Dawara & Mirvat Dawara<br>03/2021: Imad Dawara & Mirvat Dawara => Mirvat Dawara<br>*Imad Dawara and Maisaa Dawara are siblings |
| 4 | 1524 McKean St<br>Philadelphia, PA 19145<br>481103700 | 305,400 | 11/2019: Imad Dawara => Imad Dawara & Abeer Naim<br>*Imad Dawara and Abeer Naim are husband and wife<br>*Haitham (Hitham) Albarouki, who is Imad Dawara's brother-in-law and the husband of Faten Dawara, acted on behalf of Imad Dawara as his power of attorney in this transaction |
| 5 | 321 Massasiot St<br>Essington, PA 19029<br>45-00-00900-00 | 258,600 | 11/2019: Imad Dawara => Imad Dawara & Abeer Naim<br>*Imad Dawara and Abeer Naim are husband and wife |
| 6 | 224 Erickson Ave<br>Essington, PA 19029<br>45-00-00378-00 | 203,000 | 11/2019: Imad Dawara => Imad Dawara & Abeer Naim<br>*Imad Dawara and Abeer Naim are husband and wife |
| 7 | 312 Fern St<br>Darby, PA 19023<br>14-00-00812-00 | 73,800 | 11/2019: Bahaa Dawara => Bahaa Dawara & Faten Dawara<br>*Bahaa Dawara and Faten (Fatan) Dawara are siblings |
| 8 | 134 Garfield Ave<br>Woodlyn, PA 19094<br>38-02-00911-00 | 324,900 | 11/2019: Bahaa Dawara => Bahaa Dawara & Faten Dawara<br>*Bahaa Dawara and Faten (Fatan) Dawara are siblings<br>*Property sold 02/08/21 to satisfy restitution |
| 9 | 140-142 Garfield Ave<br>Woodlyn, PA 19094<br>38-02-00913-00<br>38-02-00912-00 | 289,000 | 11/2019: Bahaa Dawara => Bahaa Dawara & Faten Dawara<br>*Bahaa Dawara and Faten (Fatan) Dawara are siblings<br>*Property sold 02/24/21 to satisfy restitution |
| 10 | 1007 Milmont Avenue<br>Swarthmore, PA 19081<br>38-05-00790-01 | 528,700 | 11/2019: Imad Dawara => Imad Dawara & Abeer Naim<br>*Imad Dawara and Abeer Naim are husband and wife<br>*Property sold 05/14/21 to satisfy restitution |

---

[1] The Exhibit number in the left column corresponds to the attached Exhibits 1 through 10 to CSC's Complaint filed in this case, which contain true copies of deeds available in the public records of Delaware and Philadelphia counties. Exhibits 2 and 3 are produced as separate Exhibits 2A and 2B for the two deeds relating to 305 Seminole Street property, and separate Exhibits 3A, 3B and 3C for the three deeds relating to the 407 Seminole Street property.