**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CHESTNUT STREET CONSOLIDATED, LLC | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | No. 2:21-cv-03046-ER |
| BAHAA DAWARA, et al. | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this ______ day of _____________, 2022, in consideration of the Motion of Thomas D. Kenny, Esquire, Eileen T. Burns, Esquire and Kenny, Burns & McGill to Withdraw as Counsel for Plaintiff, it is hereby **ORDERED** and **DECREED** that the Motion is **GRANTED**. Thomas D. Kenny, Esquire, Eileen T. Burns, Esquire and Kenny, Burns & McGill are hereby withdrawn as counsel of record for Defendants Bahaa Dawara and Imad Dawara in this matter and this action IS HEREBY STAYED for a period of sixty (60) days to allow Defendants to secure new representation.

**IT IS FURTHER HEREBY ORDERED** that Petitioners shall serve Defendants with a copy of this Order by certified and regular mail within ten (10) days of the entry of this Order, and file proof of service of the same with the Court.

BY THE COURT:

______________________________ J.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CHESTNUT STREET CONSOLIDATED, LLC | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | No. 2:21-cv-03046-ER |
| BAHAA DAWARA, et al. | : | |
| Defendants. | : | |

**MOTION TO WITHDRAW AS COUNSEL**

Thomas D. Kenny, Esquire, Eileen T. Burns, Esquire, and Kenny, Burns & McGill, respectfully move this Court pursuant to Local Rule 5.1(c) for an appropriate Order permitting them to withdraw as counsel for Defendants Bahaa Dawara and Imad Dawara in this matter, and in support thereof, aver as follows:

1. In this fraudulent transfer action, Defendants Bahaa Dawara and Imad Dawara hired the law firm of Kenny, Burns & McGill to represent them.

2. Due to unforeseen circumstances, irreconcilable differences have arisen between Plaintiff and undersigned counsel.

3. Under the circumstances, it is not feasible for undersigned counsel to continue representation.

**WHEREFORE**, Movants pray that this Honorable Court will grant the requested relief and grant the undersigned leave of Court to withdraw as counsel of record for Defendants Bahaa Dawara and Imad Dawara in this case pursuant to Local Rule 5.1(c).

Respectfully submitted,

**KENNY, BURNS & MCGILL**

Dated: November 9, 2022

By: /s/ *Thomas D. Kenny*

Thomas D. Kenny, Esquire
Identification Number 77611
Eileen T. Burns, Esquire
Identification Number 80404
1500 John F. Kennedy Boulevard
Two Penn Center, Suite 520
Philadelphia, Pennsylvania 19102
filings@kennyburnsmcgill.com
(215) 423-5500

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of November, 2022, I caused a true and correct copy of the foregoing to be served upon all counsel of record via the Court's electronic filing system.

*/s/ Thomas D. Kenny*
Thomas D. Kenny, Esquire