UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHESTNUT STREET CONSOLIDATED, LLC,** | : | CIVIL ACTION |
| Plaintiff, | : | NO. 21-3046 |
| v. | : | |
| **BAHAA DAWARA,** | : | |
| **IMAD DAWARA,** | : | |
| **FATAN DAWARA** a/k/a **FATEN DAWARA,** | : | |
| **MAISAA DAWARA,** | : | |
| **MIRVAT DAWARA,** | : | |
| **ABEER NAIM,** and | : | |
| **HITHAM ALBAROUKI,** a/k/a **HAITHAM ALBAROUKI**, | : | |
| Defendants. | : | |

**PRAECIPE FOR WRIT OF EXECUTION**

TO THE CLERK:

KINDLY ISSUE WRIT OF EXECUTION in the above matter, directed to the United States Marshal for the Eastern District of Pennsylvania, and against **IMAD DAWARA** and **BAHAA DAWARA**, defendants:

a.  Against **IMAD DAWARA**, **OMAR ALAMEDDIN** and **MIRVAT DAWARA** for $26,400 in claims of Defendant / Judgment Debtor Imad Dawara, as Landlord under the Lease Agreement dated August 31, 2015, against Omar Alameddin and Mirvat Dawara, as Tenants and garnishees, for 22 months of unpaid rent from September 1, 2020 through July 31, 2022, at the monthly rental rate of $1,200 set in said Lease Agreement, for occupancy of the property known as 407 Seminole Street, Essington, Pennsylvania 19049;

b.  Against **IMAD DAWARA**, **NARWAS DAWARA** and **MAISAA DAWARA** for $24,200 in claims of Defendant / Judgment Debtor Imad Dawara, as Landlord

      under the Lease Agreement dated August 31, 2015, against Narwas Dawara and Maisaa Dawara, as Tenants and garnishees, for 22 months of unpaid rent from September 1, 2020 through July 31, 2022, at the monthly rental rate of $1,100 set in said Lease Agreement, for occupancy of the property known as 407 Seminole Street, Essington, Pennsylvania 19049

c.    Against **BAHAA DAWARA** and **SHAHER DAWARA** for $18,700 in claims of Defendant / Judgment Debtor Bahaa Dawara, as Lessor under the Lease Agreement dated August 1, 2017, against Shaher Dawara, as Lessee and garnishee, for 22 months of unpaid rent from September 1, 2020 through July 31, 2022, at the monthly rental rate of $850 set in said Lease Agreement, for occupancy of the property known as 19 Ridgeway Avenue, Norwood, PA 19074.

With respect to the judgment dated August 3, 2022 (Doc. 138) as follows:

      Amount Due from Imad Dawara:    $ 908,700.00
      Amount Due from Bahaa Dawara:  $ 551,700.00


Dated: January 13, 2023            GELLERT SCALI BUSENKELL & BROWN LLC

                                  By:    /s/ Gary F. Seitz
                                          Gary F. Seitz
                                          8 Penn Center
                                          1628 JFK Blvd, Suite 1901
                                          Philadelphia, PA 19103
                                          Counsel for the Plaintiff
                                          Chestnut Street Consolidated, LLC