UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHESTNUT STREET CONSOLIDATED, LLC,** | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | NO. 21-3046 |
| | : | |
| v. | : | |
| | : | |
| **BAHAA DAWARA,** | : | |
| | : | |
| **IMAD DAWARA,** | : | |
| | : | |
| **FATAN DAWARA** a/k/a **FATEN DAWARA** | : | |
| | : | |
| **MAISAA DAWARA,** | : | |
| | : | |
| **MIRVAT DAWARA,** | : | |
| | : | |
| **ABEER NAIM,** | : | |
| | : | |
| **HITHAM ALBAROUKI** a/k/a **HAITHAM ALBAROUKI**, | : | |
| | : | |
| Defendants. | : | |

## WRIT OF EXECUTION
## NOTICE

This paper is a Writ of Execution. It has been issued because there is a judgment against you. It may cause your property to be held or taken to pay the judgment. You may have legal rights to prevent your property from being taken. A lawyer can advise you more specifically of these rights. If you wish to exercise your rights, you must act promptly.

The law provides that certain property cannot be taken. Such property is said to be exempt. There is a debtor's exemption of $300. There are other exemptions which may be applicable to you. Attached is a summary of some of the major exemptions. You may have other exemptions or rights.

If you have an exemption, you should do the following promptly: (1) Fill out the attached claim form and demand for a prompt hearing. (2) Deliver the form or mail it to the United States Marshal's office at the address noted.

You should come to court ready to explain your exemption. If you do not come to court and prove your exemption, you may lose some of your property.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

LAWYER REFERENCE SERVICE
ONE READING CENTER
11th FLOOR
PHILADELPHIA, PA 19107
(215) 238-1701

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHESTNUT STREET CONSOLIDATED, LLC,** | : | CIVIL ACTION |
| Plaintiff, | : | NO. 21-3046 |
| v. | : | |
| **BAHAA DAWARA,** | : | |
| **IMAD DAWARA,** | : | |
| **FATAN DAWARA** a/k/a **FATEN DAWARA** | : | |
| **MAISAA DAWARA,** | : | |
| **MIRVAT DAWARA,** | : | |
| **ABEER NAIM,** | : | |
| **HITHAM ALBAROUKI** a/k/a **HAITHAM ALBAROUKI**, | : | |
| Defendants. | : | |

**WRIT OF EXECUTION**

TO THE UNITED STATES MARSHAL FOR THE EASTERN DISTRICT OF PENNSYLVANIA:

To satisfy judgment dated August 3, 2022 (Doc. 138), interest, and costs against <u>BAHAA DAWARA and IMAD DAWARA</u>, defendants

(1) You are directed to levy upon the following property of the defendants and property of the defendants in the possession of the following parties as garnishees:

Against IMAD DAWARA, OMAR ALAMEDDIN and MIRVAT DAWARA for $26,400 in claims of Defendant / Judgment Debtor Imad Dawara, as Landlord under the Lease Agreement dated August 31, 2015, against Omar Alameddin and Mirvat Dawara, as Tenants and garnishees, for 22 months of unpaid rent from September 1, 2020 through July 31, 2022, at the monthly rental rate of $1,200 set in said Lease Agreement, for occupancy of the property known as 407 Seminole Street, Essington, Pennsylvania 19049;

Against IMAD DAWARA, NARWAS DAWARA and MAISAA DAWARA for

$24,200 in claims of Defendant / Judgment Debtor Imad Dawara, as Landlord under the Lease Agreement dated August 31, 2015, against Narwas Dawara and Maisaa Dawara, as Tenants and garnishees, for 22 months of unpaid rent from September 1, 2020 through July 31, 2022, at the monthly rental rate of $1,100 set in said Lease Agreement, for occupancy of the property known as 407 Seminole Street, Essington, Pennsylvania 19049;

Against BAHAA DAWARA and SHAHER DAWARA for $18,700 in claims of Defendant / Judgment Debtor Bahaa Dawara, as Lessor under the Lease Agreement dated August 1, 2017, against Shaher Dawara, as Lessee and garnishee, for 22 months of unpaid rent from September 1, 2020 through July 31, 2022, at the monthly rental rate of $850 set in said Lease Agreement, for occupancy of the property known as 19 Ridgeway Avenue, Norwood, PA 19074.

(2) You are also directed to notify the garnishees that

    (a) an attachment has been issued;
    (b) the garnishee is enjoined from paying any debt to or for the account of the defendant and from delivering any property of the defendant or otherwise disposing thereof;

(3) if property of the defendant not levied upon and subject to attachment is found in the possession of anyone other than a named garnishee, you are directed to notify him that he has been added as a garnishee and is enjoined as above stated.

| | |
|---|---|
| Amount Due from Imad Dawara: | $ 908,700.00 |
| Amount Due from Bahaa Dawara: | $ 551,700.00 |

GEORGE V. WYLESOL,
Clerk of Court

*Seal of the Court*

BY: _____

*(Deputy Clerk)*

**MAJOR EXEMPTIONS UNDER PENNSYLVANIA AND FEDERAL LAW**

1. $300 statutory exemption
2. Bibles, school books, sewing machines, uniforms, and equipment
3. Most wages and unemployment compensation
4. Social Security benefits
5. Certain retirement funds and accounts
6. Certain veteran and armed forces benefits
7. Certain insurance proceeds
8. Such other exemptions as may be provided by law

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CHESTNUT STREET CONSOLIDATED, LLC,** | : | CIVIL ACTION |
| Plaintiff, | : | NO. 21-3046 |
| v. | : | |
| **BAHAA DAWARA,** | : | |
| **IMAD DAWARA,** | : | |
| **FATAN DAWARA** a/k/a **FATEN DAWARA** | : | |
| **MAISAA DAWARA,** | : | |
| **MIRVAT DAWARA,** | : | |
| **ABEER NAIM,** | : | |
| **HITHAM ALBAROUKI** a/k/a **HAITHAM ALBAROUKI**, | : | |
| Defendants. | : | |

CLAIM FOR EXEMPTION

To the U.S. Marshal:

I, the above named defendant, claim exemption of property from levy or attachment:

    (1) From my personal property in my possession which has been levied upon.

        (a) I desire that my $300 statutory exemption be

            (i)     set aside in kind (specify property to be set aside in kind):

            (ii)     paid in cash following the sale of the property levied upon; or

        (b) I claim the following exemption (specify property and basis of exemption):

    (2) From my property which is in the possession of a third party, I claim the following exemptions:

    (a) My $300 statutory exemption:   in cash   in kind

(specify property): _____

    (b) Social security benefits on deposit in the amount of $_____

    (c) Other (specify amount and basis of exemption): _____

I request a prompt court hearing to determine the exemption. Notice of the hearing should be given to me at

_____     _____
Address                  Telephone Number

I declare under penalty of perjury that the foregoing statements made in this claim for exemption are true and correct.


Date: _____        _____
                      (Signature of Defendant)

THIS CLAIM TO BE FILED WITH THE OFFICE OF THE U.S. MARSHAL FOR THE EASTERN DISTRICT OF PENNSYLVANIA:

2110 United States Courthouse<br>
601 Market Street<br>
Philadelphia, PA 19106<br>
(215) 597-7272

  Note: Under paragraphs (1) and (2) of the writ, a description of specific property to be levied upon or attached may be set forth in the writ or included in a separate direction to the United States Marshal.

  Under paragraph (2) of the writ, if the attachment of a named garnishee is desired, his name should be set forth in the space provided.

  Under paragraph (3) of the writ, the United States Marshal may, as under prior practice, add as a garnishee any person not named in this writ who may be found in possession of property of the defendant. See Rule 3111(a). For limitations on the power to attach tangible personal property, see Rule 3108 (a).

  Each court shall by local rule designate the officer, organization, or person to be named in the notice.