# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. 22-2615, 22-3283

Chestnut Street Consolidated LLC v. Bahaa Dawara, et al

(U.S. District Court No.: 2-21-cv-03046)

## ORDER

It is hereby ORDERED that the above matters are dismissed pursuant to Fed. R. App. P. 42(b). A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: March 21, 2023
PDB/cc:  Gary F. Seitz, Esq.
       Jonathan J. Sobel, Esq.
       Matthew B. Weisberg, Esq.
       Mr. George V. Wylesol

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate