UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHESTNUT STREET CONSOLIDATED, LLC,** : | CIVIL ACTION |
| Plaintiff, : | NO. 21-3046-ER |
| v. : | |
| **BAHAA DAWARA,** : | |
| **IMAD DAWARA,** : | |
| **FATAN DAWARA** a/k/a **FATEN DAWARA** : | |
| **MAISAA DAWARA,** : | |
| **MIRVAT DAWARA,** : | |
| **ABEER NAIM,** : | |
| **HITHAM ALBAROUKI** a/k/a **HAITHAM ALBAROUKI,** : | |
| Defendants. : | |

## PARTIAL SATISFACTION OF JUDGMENT

**KNOW ALL PERSONS BY THESE PRESENTS THAT:**

Plaintiff, Chestnut Street Consolidated, LLC ("CSC") c/o Gellert Scali Busenkell & Brown, LLC of 1201 N. Orange Street, Suite 300, Wilmington, DE 19801 in consideration of the terms and conditions set forth in a certain Settlement Agreement dated and signed March 19, 2023 between CSC and defendants **Faten Dawara a/k/a Fatan Dawara, Maisaa Dawara, Mirvat Dawara, Abeer Naim, and Hitham Albarouki a/k/a Haitham Albarouki** (collectively the "Settling Defendants") does hereby partially **release and satisfy** the judgment and order of the

United States District Court for the Eastern District of Pennsylvania (the "Court") dated August 3, 2022 whereby the Court entered a judgment in accordance with the Court's Order and accompanying Memorandum (the "Judgment"), **as against the Settling Defendants in favor of CSC**.

For the avoidance of any ambiguity or doubt, the Judgment remains unsatisfied only as to the remaining two defendants, Bahaa Dawara and Imad Dawara.

**IN WITNESS WHEREOF**, CSC, the Releasor, has hereunto set his/her hand and seal this 19th day of March, 2023.

CHESTNUT STREET CONSOLIDATED, LLC

By: _____Andrew Mogilyansky_____
Its duly authorized representative
Andrew Mogilyansky

Dated: March 19, 2023

GELLERT SCALI BUSENKELL & BROWN LLC

By: /s/ Gary F. Seitz
Gary F. Seitz
8 Penn Center
1628 JFK Blvd, Suite 1901
Philadelphia, PA 19103
Counsel for the Plaintiff
Chestnut Street Consolidated, LLC