UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHESTNUT STREET CONSOLIDATED, LLC,** : | CIVIL ACTION NO. 21-3046 (ER) |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| **BAHAA DAWARA,** : | |
| : | |
| **IMAD DAWARA,** : | |
| : | |
| **FATAN DAWARA** : | |
| **a/k/a FATEN DAWARA** : | |
| : | |
| **MAISAA DAWARA,** : | |
| : | |
| **MIRVAT DAWARA,** : | |
| : | |
| **ABEER NAIM,** : | |
| : | |
| **HITHAM ALBAROUKI** : | |
| **a/k/a HAITHAM ALBAROUKI**, : | |
| : | |
| Defendants. : | |
| _____ : | |

**ORDER**

Upon consideration of the Joint Motion of Plaintiff, Chestnut Street Consolidated, LLC ("CSC"), and Defendants, Bahaa Dawara, Faten Dawara (a/k/a Fatan Dawara), Imad Dawara, Maisaa Dawara, Mirvat Dawara, Abeer Naim, and Hitham Albarouki a/k/a Haitham Albarouki for a Consent Order as to further partial satisfaction of the judgment entered in this case, return of title to property at 407 Seminole to Mirvat Dawara and her husband Omar Alameddin, and a credit for $270,000 against amounts owed by Imad Dawara and Bahaa Dawara under the judgment entered int his case, the Court orders as follows:

The motion is GRANTED.

The return of title to property at 407 Seminole to Mirvat Dawara and her husband Omar Alameddin, and a credit for $270,000 against amounts owed by Imad Dawara and Bahaa Dawara as further partial satisfaction under the judgment entered in this case are hereby APPROVED.

IT IS SO ORDERED.

_____
                    EDUARDO C. ROBRENO, J.