UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHESTNUT STREET CONSOLIDATED, LLC,** | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | NO. 21-3046-ER |
| | : | |
| v. | : | |
| | : | |
| **BAHAA DAWARA,** | : | |
| **IMAD DAWARA,** | : | |
| **FATAN DAWARA** | : | |
| **a/k/a/ FATEN DAWARA** | : | |
| **MAISAA DAWARA,** | : | |
| **MIRVAT DAWARA,** | : | |
| **ABEER NAIM,** | : | |
| **HITHAM ALBAROUKI** | : | |
| **a/k/a HAITHAM ALBAROUKI**, | : | |
| | : | |
| Defendants. | : | |

**JOINT MOTION AND STIPULATION OF PLAINTIFF AND
DEFENDANTS TO FURTHER MODIFY ORDER PER SETTLEMENT**

Plaintiff, Chestnut Street Consolidated, LLC ("CSC"), and Defendants Bahaa Dawara, Imad Dawara, Faten Dawara, Maisaa Dawara, Mirvat Dawara, Abeer Naim, and Haitham Albarouki (collectively, the "Defendants"), hereby respectfully request that this Court modify its previously order entered on November 22, 2022 [ECF No. 155] (the "Title Transfer Order") which was as previously modified on March 27, 2023 by a further order striking Paragraph 4 of the Order [ECF No. 167] (the "First Modification of Title Transfer Order") with respect to the 19 Ridgeway Property, based on the following subsequent developments and agreements between the parties:

1. As part of the original settlement agreement dated March 19, 2023, CSC permitted certain elderly and other family members of Defendants to continue to reside at the 19 Ridgeway Property on substantially discounted financial terms for up to five (5) years.

2.      A non-binding oral understanding existed between CSC and the principal money-earning Defendants, Faten Dawara and Haitham Albarouki, that during the first three (3) years from the date of the Settlement Agreement, CSC may permit Faten Dawara to regain full title to the 19 Ridgeway Property, in her own name or jointly with Haitham Albarouki, subject to a mortgage in favor of CSC for the value of the 19 Ridgeway Property.

3.      Defendants Faten Dawara and her husband Haitham Albarouki have made a request to CSC to effectuate said understanding during the past several months and have provided CSC with sufficient assurance of their compliance with their subsequent payment obligations to CSC.

4.      In accordance with the foregoing, the parties have entered into a modification of the Settlement Agreement allowing for the restoration of title of the 19 Ridgeway Property solely to Faten Dawara (the "Settlement Modification").

5.      In light of multiple prior Orders of this Court having already been recorded in 2022 and 2023 against title to the 19 Ridgeway Property which expressly alienated its title from Faten Dawara, there is a concern that the present transfer, notwithstanding CSC's express agreement to it, may be nonetheless questioned in her future dealings with this property since it may appear to reverse a prior court-ordered title transfer.

6.      In particular, while Faten Dawara (together with her husband Haitham Albarouki) have contracted under the Modification to refinance the CSC mortgage before the end of 2026, there is a concern that they may be hindered in doing so due to their prospective lender finding the title record of the 19 Ridgeway Property too unusual and confusing to approve new mortgage financing against it.

7.      Therefore, in order to avoid such ambiguity, to ensure no doubt is cast on the legitimacy of Faten Dawara's future title in the 19 Ridgeway Property, and to provide clarity to a

future lender or any other party reviewing title record of the 19 Ridgeway Property, CSC and Defendants jointly request that this agreed restoration of title to Faten Dawara be expressly approved by this Court.

WHEREFORE the parties hereby respectfully move this Court to grant and approve this Joint Motion and Stipulation and issue an order in the attached form.

Dated: <u>April 7, 2026</u>          GELLERT SCALI BUSENKELL & BROWN LLC

By:     /s/ Gary F. Seitz
        Gary F. Seitz
        8 Penn Center
        1628 JFK Blvd, Suite 1901
        Philadelphia, PA 19103
        Counsel for the Plaintiff
        Chestnut Street Consolidated, LLC

WEISBERG LAW

By:     /s/ Matthew B. Weisberg
        Matthew B. Weisberg
        Counsel for the Defendants
        Bahaa Dawara, Imad Dawara, Faten
        Dawara (a/k/a Fatan Dawara),
        Maisaa Dawara, Mirvat Dawara,
        Abeer Naim, and Haitham Albarouki
        (a/k/a Hitham Albarouki)