**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CHESTNUT STREET CONSOLIDATED, LLC,** | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | NO. 21-3046-ER |
| | : | |
| v. | : | |
| | : | |
| **BAHAA DAWARA,** | : | |
| **IMAD DAWARA,** | : | |
| **FATAN DAWARA** | : | |
| **a/k/a/ FATEN DAWARA** | : | |
| **MAISAA DAWARA,** | : | |
| **MIRVAT DAWARA,** | : | |
| **ABEER NAIM,** | : | |
| **HITHAM ALBAROUKI** | : | |
| **a/k/a HAITHAM ALBAROUKI**, | : | |
| | : | |
| Defendants. | : | |

**<u>ORDER</u>**

Upon consideration of the Joint Motion and Stipulation of Plaintiff, Chestnut Street Consolidated, LLC ("CSC"), and Defendants Faten Dawara, Maisaa Dawara, Mirvat Dawara, Abeer Naim, and Haitham Albarouki to Further Modify the order entered in this case on November 22, 2022 [ECF No. 155] (the "Order") due to a modification in the settlement of the parties, the Court hereby orders as follows:

1. The joint motion is GRANTED.

2. Paragraph 1 is hereby STRICKEN from the Order and REPLACED with the following new text:

    "

1. *Title to 19 Ridgeway Avenue, Norwood, PA 19074, is hereby DIVESSTED from all prior owners of record and VESTED in Faten Dawara, subject to a second mortgage in favor of Plaintiff Chestnut Street Consolidated, LLC under terms separately agreed between the parties, and further subject to the existing first mortgage and any tax liens of record;*

   *"*

3. For the avoidance of ambiguity, Paragraph 4 of the order remains STRICKEN pursuant to the previous order of this Court dated March 27, 2023 [ECF No. 167].

4. The remaining parts of the Order shall otherwise remain in full force and effect.

IT IS SO ORDERED.

_____
                                                    , J.